AO 240 (Rev. 9/96)

# United States District Court

DISTRICT OF _____

Plaintiff: Stanley L. Donald

v.

Defendant: Jeffrey M. Hall,

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 05-11417WGY

I, Stanley L. Donald, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration: Souza-Baranowski Corr. Ctr.

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 1997, Educators Publishing Service, 31 Smith Place, Cambridge, MA 02138 — $11.00 a hour, —

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☑ Yes   ☐ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. My mother sent me $10., and Homeless Project at the Church sent me $30.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☑ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

JUNE 28/2005          *Stanley L. Donald*
      DATE                    SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

United States District Court
of Massachusetts No. _____

Stanley Donald, Plaintiff

V.

Jeffrey Hall, Defendant.

## PLNF'S. Motion To Waive Filing Fees

The plaintiff, Stanley Donald, is indigent prisoner who moves this Court to Waive Filing Fees, and he attaches his Application to proceed without prepayment of Fees and Affidavit, with Financial statement to support the indigency.

Respectfully Submitted
By Plaintiff,

Dated: June 28/2005

Stanley L. Donald, pro-se
Stanley L. Donald, pro-se
S.B.C.C. #W66438
P.O. Box 8000
Shirley, Mass 01464

United States District Court
of Massachusetts No._____

Stanley Donald, Plaintiff

V.

Jeffrey Hall, Defendant.

## PLNF's. Affidavit of Indigency

Under oath, I, Stanley Donald, deposes and says:

1.) I have $1.03, one hundred and three dollars as of now in my inmate account.
2.) The money I have is used for soap, razors, stamps, etc.
3.) I do not have a prison job, and my mother sends me ten dollars once a month.
4.) I swear I am unable to pay filing fees and costs in this civil action.
5.) I am truely indigent.

Signed under the pains and penalties of perjury.

June 28/2005
Dated

Stanley L. Donald
Stanley L. Donald

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050603 10:52

Page: 1

| Commit# : | W66438 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | |
| Name : | DONALD, STANLEY,, | | | Statement From | 20050501 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20050603 | | | |
| Block : | K2 | | | | | | | |
| Cell/Bed : | 37 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $2,335.34 | $2,178.18 | $0.00 | $0.00 |
| 20050502 11:26 | ML - Mail | 4534171 | | SBCC | ~HOMELESS PROJECT | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050502 11:26 | MA - Maintenance and Administration | 4534173 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 08:25 | IC - Transfer from Inmate to Club A/c | 4582027 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 08:25 | IC - Transfer from Inmate to Club A/c | 4582028 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050511 08:25 | IC - Transfer from Inmate to Club A/c | 4582030 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 08:26 | IC - Transfer from Inmate to Club A/c | 4582031 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586568 | | SBCC | | $0.63 | $0.00 | $0.00 | $0.00 |
| 20050513 22:30 | CN - Canteen | 4619321 | | SBCC | ~Canteen Date : 20050513 | $0.00 | $9.53 | $0.00 | $0.00 |
| 20050518 09:16 | ML - Mail | 4632204 | | SBCC | ~ROSE WILLIAMS | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050520 22:30 | CN - Canteen | 4651676 | | SBCC | ~Canteen Date : 20050520 | $0.00 | $24.83 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4679006 | | SBCC | ~Canteen Date : 20050526 | $0.00 | $15.81 | $0.00 | $0.00 |
| | | | | | | $40.63 | $54.72 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $143.07 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $143.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### SOUZA-BARANAOWSKI CORRECTIONAL

Date: 2005 0624 09:49:58  Inmate Income Receipt  Receipt # 4832794

| Field | Value |
|---|---|
| Institution : | SOUZA-BARANOWSKI CORRECTIONAL |
| Unit : | K2 |
| Block: | 37 |
| Commit # : | W66438 |
| Name : | DONALD, STANLEY |
| Type Of Transaction : | ML - Mail |
| Date of Transaction : | 20050624 |
| Source : | Money Order |
| External Contact : | |
| Amount : | $ 10.00 |
| Comments : | BESSIE DONALD |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 120.30 | .00 | .00 | .00 | .00 | .00 |