UNITED STATES DISTRICT COURT
OF MASSACHUSETTS No.________________________

Stanley Donald,Plaintiff,

Vs.

Jeffrey M.Hall,Defendant.

# C I V I L R I G H T S C O M P L A I N T

**[JURY TRIAL DEMANDED]**

Parties:

1.]The plaintiff,Stanley L.Donald,resides at P.O.BOX 8000, Shirley,Mass 01464.

2.]The defendant, Jeffrey M.Hall,resides at 31 Smith Place, Cambridge,Mass 02138.

Introduction:

3.]This is a civil rights complaint,pursuant to 42 U.S.C.§ 1983, alleging the defendant,Jeffrey M.Hall,deliberately conspired with State officials to deprive the plaintiff of his consitutional rights under the 5th,6th,8th,14th Amendments,and M.G.L.A. 12§ 11H,11I.

4.]This is a civil rights complaint alleging the defendant breached an agreement under Attorney-Client privileges in violation of the 6th Amendment,and Massachusetts Law.

5.]This is a civil rights complaint alleging the defendant acted under Color of Law and allowed racial discrimination to be inflicted upon the plaintiff in the workplace.

6.]The plaintiff,Stanley L.Donald,seeks compensatory damages, and punitive damages pursuant to 42 U.S.C.§ 1983,and M.G.L. A. 12 § 11H,11I, for the violations of his civil rights and racial discrimination in the workplace. M.G.L.A. 151B sec.4.

Jurisdiction:

7.]This Court has the jurisdiction to apply the Law under both State and Federal Consitutional Rights pursuant to 42 U.S.C.A.§ 1983, 6th 8th Amendments,and 14th Amendment Equal protection of the Law.

8.]This Court has the jurisdiction to protect constitutional rights,privileges,and immunities secured by the United States Constitution,and the Commonwealth of Massachuestts.

**FACTS:**

9.]On March 15,1994, the plaintiff,Stanley Donald,was falsely arrested,and wrongfully indicted for rape and attempt murder by the Cambidge Police and Middlesex District Attorney of Massachusetts. (EXHIBIT"B"-1-to-2)

10.]On April 27,1994,the Middlesex District Attorney dismissed the rape and attempt murder charges in the interest of just--ice. (EXHIBIT"B"-3-to-4)

11.]On about May 5,1997, the plaintiff obtained employment from the defendant at Educators Publishing Service.

12.]While employed at EPS the plaintiff endured racial discrimin--ation from his coworkers and the defendant did nothing to intervene when the defendant was informed of such racial discrimination.

13.]The plaintiff's coworkers on several occasions would call him "nigger boy",or "boy",and overload the plaintiff's work area.

14.]On one occasion a coworker name "Jeff" knocked over a pallet of boxes and told the plaintiff "nigger boy,you pick up those boxes before lunchtime."

15.]While working at EPS the plaintiff also noticed several illegal aliens working in the warehouse of EPS.

16.]When the plaintiff told the defendant about the illegal aliens, he the plaintiff was told to mined his own work.

17.]The racial discrimination caused the plaintiff to amdmit himself into a hospital.

18.]On June 30,1997,the Cambridge Police offered to settle the false arrest lawsuit out of Court with an agreement.(Ex."B"- -5to-7)

19.]On June 30,1997, the defendant,Jeffrey M.Hall,who is an attorney provided legal advise and legal representation for the plaintiff on the settlement agreement with the Police.

20.]The defendant signed and notarized the settlement papers for the plaintiff and developed an attorney-client privilege relationship with the plaintiff. (EXHIBIT "B"-8)

21.]On about April 9,1999,the defendant with indifference to the attorney-client relationship testified against the plaintiff in another rape case where the plaintiff is now seeking DNA test to prove his innocence.(EXHIBIT"C")

22.]On January 18,2005, the plaintiff mailed by cerified mail to the defendant a Demand Letter seeking to recover damages he endured as a result of the defendant's unlawful conduct,and violation of his civil rights. (EXHIBITS"A"-"B")

23.]The defendant,Jeffrey M.Hall,failed to meet the Demands and the plaintiff filed this Civil Rights Complaint.

**CLAIMS FOR RELIEF:**

24.]The plaintiff ,Stanley Donald,suffered dearly as a result of the defendant's deliberate indifference to the racial discri- -mination imposed upon the plaintiff,causing emotional trauma and mental anguish to be inflicted entitling the plaintiff a claim for relief under 42 U.S.C.§ 1983,and M.G.L.A. 12§11H, and 11I.,M.G.L.A. 151B sec.4.

25.]The plaintiff's attorney-client privilege rights were violated entitling the plaintiff a claim for relief under both State and Federal Laws.

26.]The plaintiff, Stanley Donald, reserves the right to amend this civil rights complaint,and his claims for relief under Fed.Civil R.15.

**RELIEF REQUESTED:**

Wherefore, the plaintiff,Stanley L.Donald,request the following relief:

**A.)**PUNITIVE DAMAGES:Order the defendant to make a charitable donation to the Homeless Empower--ment Project of Cambridge for the indifference to the racial discrimination in the amount of $50,000, Fifthy Thousand Dollars.

**B.)**COMPENSATORY DAMAGES:Order the defendant to compensate the plaintiff for violating the plaintiff's civil rights,and attorney-client privilege relationship in the amount of $100,000, One Hundred Thousand Dollars.

**C.)**Order the defendant to pay filing fees,costs, and attorney fees.

**D.)**Order relief that the Court Deems Justice.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd ,day of JULY ,2005.

Dated: 7/2/2005

Respectfully Submitted
By The Plaintiff,

Stanley L. Donald, pro-se
STANLEY L.DONALD,PRO-SE
ADVOCATE

Ex. "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JEFFREY M. HALL, ESQ.
PRESIDENT OF
EDUCATORS PUBLISHING CO.
31 SMITH PLACE
CAMBRIDGE, MASS 02138

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001-0320-0001-6272-3150

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0320 0001 6272 3150

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here — JAN 19 2005

Sent To JEFFREY M. HALL, E.P.S.
Street, Apt. No.; or PO Box No. 31 SMITH PLACE
City, State, ZIP+4 CAMBRIDGE, MASS 02138

PS Form 3800, January 2001 See Reverse for Instructions

LEGAL MAIL TO JEFFREY M. HALL, ESQ.

CERTIFIED # 7001-0320-0001-6272-3150

**Souza-Baranowski Correctional Center Charge Slip**

**Date:** 1/19/2005

**Inmate Number:** W66438

**Inmate Name:** STANLEY L. DONALD

**Amount to be charged: $** 4.88

**Payable To:** U.S. POSTAGE / DOC

**For:** CERTIFIED MAIL RETURN GREEN CARD

**Inmate Signature:** [signature] **Block:** K-2 #37

**Approval:** [signature]

**IF SLIP IS $75.00 OR OVER IT MUST BE COUNTERSIGNED BELOW. Articles to be purchased MUST be listed on BACK.**

**Approval: IPS** JAN 19 2005

**Check #:** **Date:**

SB-121

Date: JANUARY/18/2005

Stanley L.Donald
S.B.C.C.#W66438
P.O.BOX 8000
Shirley,Mass 01464

Jeffrey M.Hall,Esq.
President of
Educators Publishing Service
31 Smith Place
Cambridge, Mass 02138
Tel:(617)547-6706

Ex."B"

RE: Violation of Attorney - Client Privilege Rights

[DEMAND LETTER]

Dear Mr.Hall:

This is a demand letter according to Law. As reasons;

1.]On March 15,1994,Stanley Donald was falsely arrested, and wrongfully indicted for attempt murder,and attempt rape by the Cambridge Police Department,and Middlesex District Attorney.See(Attachments#1-to-#2)

2.]On April 27,1994,the Middlesex District Attorney Nolle Prosequi the indictments in the interests of Justice. See(Attachments#3-to-#4)

3.]On June 30,1997,the Cambridge Police Department acknowledged the false arrest against Stanley Donald through an out of Court settlement agreement.See(Attachments#5-to-#7)

4.]On June 30,1997,Stanley Donald obtained legal advise,and legal representation from Jeffrey Hall,Esq.,to the false arrest and wrongful indictment.

5.]On June 30,1997,Jeffrey Hall,Esq.,signed and notarized a civil action settlement claim for Stanley Donald which constituted an attorney-client privilege relationship under Massachusetts Law.See(Attachment#8)

6.]On about April 9,1999,Jeffrey Hall,Esq.,severely with indifference violated the attorney-client relationship by testifying, in a criminal rape case against Stanley Donald, as an officer for the Middlesex District Attorney.

THEREFORE, Stanley Donald respectfully demands compensation for the violation of his attorney-client privilege rights in the amount of($25,000)Twentyfive Thousand Dollars.

Thank you for your cooperation.

Sincerely, *Stanley L. Donald*
Stanley L.Donald,Advocate

TO:Donald, Legal, File.

# Cambridge Police Department Supplemental Report

File Number

1S. Orig Case Invest. ☐ City Solicitor ☐ 2S. Date of Occurrence M __ D __ Y __ T __ 3S. Date of Report M __ D __ Y __ T __ 4S. C.N.
Arr. Incident Report ☐ Sudden Death ☐
Follow Up Invest. XX Child in Custody ☐

5S. Business/Complainant Detective

T
E
L

Res
Bus

#1

Address 5 Western Avenue, Cambridge, MA 02139

6S. Date in Court | 7S. Judge | 8S. Court | 9S. Disposition

Block #

of reports that she was the victim of an Assault w/Intent to Rape.

Person's Interviewed:

I interviewed and she stated to me the following:

On March 2, 1994 at approximately 12:45.M., was walking from the M.B.T.A. Station in Central Square where she worked that night. stated she had parked her car a ways from Central Square on a side street. works for the M.B.T.A. as a floater and this was her first night working in Central Square.

states that she went to her car to go home. As she attempted to start her car, it wouldn't start. She tried several times to no avail. She was behind the wheel of her m/v when a black male approached her from behind and asked her if he could help her. The black male opened the hood of the motor vehicle and appeared to be working. The suspect then walked to drivers side of car and motioned for to push over. At this time, the sp attempted to start the motor vehicle with the key to no avail. Suspect then grabbed her by

10S. Status of Case
Cleared ☐ Suspend ☐
Arrest ☐ Comp./War ☐
Hearing ☐ Unfound ☐
Station Adj. ☐ Other ☐
Continued Inv. ☐

11S. Property Recovered Yes ☐ No ☐ Total Value

12S. Juvenile Card Made Yes ☐ No ☐

13S. Narcotic Number

14S. Narcotic/Alcohol Sheet Made Yes ☐ No ☐

15S. Technical Work

| | Yes | No |
|---|---|---|
| Photo | ☐ | ☐ |
| Finger Print | ☐ | ☐ |
| Composite | ☐ | ☐ |
| Other | ☐ | ☐ |

By Whom

16S. Victim/Comp. Cont.
In Person ☐
Letter ☐
Phone ☐
Call Card ☐

17S. Photo Viewed Yes ☐ No ☐

18S. Citation No.

19S. Time Expended
Investigation

Original Reporting Off.

20S. Reporting Officer's Signature Det. [signature] 24? Badge # Date Division Inv.

21S. Reviewing Officer's Signature Date

P178C REV-15M 8/85-629031-2

RECORDS

Cambridge Police Department Supplemental Report

1S. Org. Case Invest. ☐ Arr. Incident Report ☐ Follow Up Invest. ☒ XX
City Solicitor ☐ Sudden Death ☐ Child in Custody ☐
2S. Date of Occurrence M D Y T
3S. Date of Report M D Y T
4S. P.C.N.

#2

5S. Business/Complainant's Name: Detective

Address: 5 Western Ave., Cambridge, MA 02139

6S. Date in Court | 7S. Judge | 8S. Court | 9S. Disposition

Block #

the head and the next thing the knew she was being forced to the driveway behind 847 Mass Avenue. At this time, reports that the sp. repeatedly bashed her head, face down into the snow telling her " Don't say a word or I'll kill you"! Sp kept bashing her head to the point where felt like she was going to die. As laid there on the ground face down, the sp forced her pants down half way and kept yelling "Don't move". The victim at this time tried to reach for a can of mace in her left front pocket. The sp then said "What are you doing"? He then punched the victim in the face again grabbing her by the neck. At this time, the suspect fled on Clinton Street towards Harvard Street.

10S. Status of Case: Cleared ☐ Arrest ☐ Hearing ☐ Station Adj ☐ Continued Inv ☐ Suspend ☐ Comp/War ☐ Unfound ☐ Other ☐

11S. Property Recovered Yes ☐ No ☐ Total Value

12S. Juvenile Card Made Yes ☐ No ☐

13S. Narcotic Number

14S. Narcotic/Alcohol Sheet Made Yes ☐ No ☐

15S. Technical Work

| | Yes | No |
|---|---|---|
| Photo | ☐ | ☐ |
| Finger Print | ☐ | ☐ |
| Composite | ☐ | ☐ |
| Other | ☐ | ☐ |

By Whom

16S. Victim/Comp. Cont.: In Person ☐ Letter ☐ Phone ☐ Call Card ☐

17S. Photo Viewed Yes ☐ No ☐

18S. Citation No.

19S. Time Expended Investigation

Original Reporting Off.

20S. Reporting Officer's Signature: Det. Sgt. DiMarzio [signature] Badge/Date 246 Division Inv.

21S. Reviewing Officer's Signature | Date

P178C REV. 15M-8/85-629031-2

RECORDS

#3

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

CAMBRIDGE DISTRICT COURT
NO. 94-0785

COMMONWEALTH

v.

STANLEY DONALD

---

NOLLE PROSEQUI

---

Now comes the Commonwealth and hereby files a nolle prosequi in the interests of justice. As reasons therefore, the Commonwealth states that the defendant participated in a lineup on April 1, 1994 with the advice of counsel. The victim failed to choose the defendant from the lineup. The Commonwealth has indicted a different individual for the underlying assault, that individual having been chosen from the lineup by the victim.

Respectfully Submitted
For the Commonwealth,
THOMAS F. REILLY
DISTRICT ATTORNEY

by [signature]
CRISPIN BIRNBAUM
Assistant District Attorney
Middlesex Superior Courthouse
40 Thorndike Street
Cambridge, MA 02141
(617) 494-4085

April 27, 1994
0144t

# DOCKET

DOCKET NUMBER: 9452 CR 0785

COURT DIVISION: CAMBRIDGE

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

NAME, ADDRESS AND ZIP CODE OF DEFENDANT: Trudy. Stanley Donald
Donald Stanley
86 Howard Ave.
Roxbury, MA

ATTORNEY NAME: ☐ Waived ☐ Retained ☑ Assigned CPCS

#4 APR 07 2000

TERMS OF RELEASE: 250,000 cs 25,000 cash

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 6/6/62 b/m | 614 636 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 3/2/94 | Cambridge |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Bill Phillips, Jr. | Cambridge |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 3/11/94 | Warrant |

| DATE | PROCEEDING |
|---|---|
| 3-16-94 | ☑ Arraigned before J. [illegible] ☑ Advised of right to counsel ☐ Advised of right to drug exam ☑ Advised of right to bail review ☐ Advised of right to F.I. Jury Trial ☐ Waives ☐ Requests F.I. Jury Trial ☐ Advised of alien rights ☐ Warrant issued ☐ Default warrant issued |
| 3-16-94 | ☐ Default removed ☑ Warrant recalled |
| | ☐ Warrant issued ☐ Default warrant issued ☐ Default removed ☐ Warrant recalled |

**COUNT-OFFENSE: a. ASSAULT WITH INTENT TO MURDER c265 s15**

FINE | SURFINE | COSTS | TOTAL DUE

| DATE | PLEA / FINDING | JUDGE |
|---|---|---|
| 4-28-94 | ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts; FINDING; ☐ Cont. w/o finding until: ☐ Appeal of find. & disp. ☐ Appeal of disp. | [signature] |

IMPRISONMENT AND OTHER DISPOSITION: NOLLE PROSEQUI ENTERED. STATEMENT OF REASONS FILED.

FINAL DISPOSITION: ☐ Discharged from probation ☐ Dismissed at request of probation DATE

**COUNT-OFFENSE: b. ASSAULT WITH INTENT TO RAPE c265 s24**

FINE | SURFINE | COSTS | TOTAL DUE

| DATE | PLEA / FINDING | JUDGE |
|---|---|---|
| 4-28-94 | ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts; FINDING; ☐ Cont. w/o finding until: ☐ Appeal of find. & disp. ☐ Appeal of disp. | [signature] |

IMPRISONMENT AND OTHER DISPOSITION: NOLLE PROSEQUI ENTERED. STATEMENT OF REASONS FILED.

FINAL DISPOSITION: ☐ Discharged from probation ☐ Dismissed at request of probation DATE

**COUNT-OFFENSE:**

FINE | SURFINE | COSTS | TOTAL DUE

DATE | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts | FINDING | JUDGE | ☐ Cont. w/o finding until: ☐ Appeal of find. & disp. ☐ Appeal of disp.

IMPRISONMENT AND OTHER DISPOSITION: BAIL RETURNED TO SURETY 04/04/94 #0915 0007 BAIL 200.00

FINAL DISPOSITION: ☐ Discharged from probation ☐ Dismissed at request of probation DATE

**COUNT-OFFENSE:**

FINE | SURFINE | COSTS | TOTAL DUE

DATE | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts | FINDING | JUDGE | ☐ Cont. w/o finding until: ☐ Appeal of find. & disp. ☐ Appeal of disp.

IMPRISONMENT AND OTHER DISPOSITION: [handwritten] APRIL 14/94 2000 cash [illegible] Contd (cs) ... Per [illegible]

FINAL DISPOSITION: ☐ Discharged from probation ☐ Dismissed at request of probation DATE

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| Mar 25 1994 | | | Arr | [illegible] | | [illegible] | |
| 4 APR | | 4/4/94 | Arr | [illegible] | | 250,000 cs | [illegible] |

Sch 3 7/1/97 #5

GENERAL RELEASE
AND
INDEMNIFICATION AGREEMENT
IN SETTLEMENT OF CLAIM

For and in consideration of the sum of Eight Hundred Dollars ($800.00) paid to me by the City of Cambridge, the sufficiency and receipt of which is hereby acknowledged, I, Stanley L. Donald, of 5 Norwell Street, #3, Dorchester, Massachusetts 02121, do hereby, on behalf of myself, my children, assignees, successors, heirs, grantees, attorneys and agents (hereinafter the "Releasor") hereby remise, release and forever discharge the City of Cambridge, the Cambridge Police Department and William H. Phillips, Jr., their employees, agents, attorneys, officials and residents (hereinafter the "Releasees") and each of them from all debts, demands, actions, causes of action, judgments, sums of money, liabilities and any and all claims of every kind, nature and description whatsoever, both in law and equity, or otherwise which the Releasor now has, ever has had or ever could have against the Releasees, from the beginning of the world and through this date, including but not limited to all claims, allegations, assertions, and/or demands which were asserted or could have been asserted by the Releasor in the case of Stanley L. Donald v. City of Cambridge, et al., Middlesex County Superior Court Department Civil Action No. 94-04001D. The Releasor expressly acknowledges that this is a General Release and Indemnification Agreement of all outstanding and potential claims against the Releasees.

Stanley Donald expressly warrants, covenants and agrees that (1) he shall never communicate or attempt to communicate with Luz

#6

Clarke either in person, by telephone, in writing or otherwise, either directly or indirectly or through someone else; and (2) he shall forever stay at least fifty yards from Luz Clarke; and (3) he shall never harm, threaten or attempt to harm Luz Clarke.

Stanley Donald expressly warrants, covenants and agrees that (1) he shall never communicate or attempt to communicate with Marylin Viruet either in person, by telephone, in writing or otherwise, either directly or indirectly or through someone else; and (2) he shall forever stay at least fifty yards from Marylin Viruet; and (3) he shall never harm, threaten or attempt to harm Marylin Viruet.

The Releasor expressly acknowledges that he is releasing the Releasees and each of them from all claims, whether known or unknown; that the Releasor has not been induced by any representations by the Releasees or each of them or others to enter into this release; the Releasor does so of his own free will; and that this release will remain in effect notwithstanding the discovery or existence of any additional fact or any facts different from those which the Releasor now knows or believes to be true.

It is further understood and agreed that Releasor shall not, directly or indirectly, take or initiate, authorize or assent to, or voluntarily cooperate with or assist in any way any third party or parties which may take or initiate, any action or actions of any nature whatsoever, which would derogate in any way from the effect of this General Release and Indemnification Agreement. Releasor

#8

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss. June 30, 1997

Then appeared before me the above-named Stanley L. Donald to me known, who made oath the execution of the within General Release and Indemnification Agreement in Settlement Claim is his free act and deed and that he understood and agreed to its terms.

Notary Public
My commission expires: Feb 21, 2003

6173493327 CPD INVESTIGATIONS 999 P02 JUL 22 '96 10:57

#9

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX.ss

SUPERIOR COURT
CIVIL ACTION
NO.#MICV96-04001D

STANLEY DONALD(PLAINTIFF)

VS

WILLIAM H. PHILLIPS,JR(DEFENDANT)
CAMBRIDGE POLICE DEPARTMENT

COMPLAINT

PARTIES

1) PLAINTIFF STANLEY DONALD RESIDES AT CAMBRIDGE JAIL,40 THORNDIKE ST CAMBRIDGE,MASS 02141 COUNTY OF MIDDLESEX.

2) DEFENDANT WILLIAM H. PHILLIPS,JR RESIDES AT 5 WESTERN AVE,CAMBRIDGE,MA 0213( COUNTY OF MIDDLESEX.

FACTS

3) ON ABOUT MARCH 11,1994 THE PLAINTIFF WAS ARRESTED BY THE CAMBRIDGE POLICE FOR ATTEMP MURDER,ATTEMP RAPE, THE DEFENDANT REQUESTED A WARRANT FOR THE PLAINTIFF TO BE ARRESTED,THE PLAINTIFF WAS ARRESTED IN FRONT OF THE PUBLIC AND THROWN IN A POLICE WAGON IN THE MIDDLE OF THE STREET IN HARVARD SQ,THE PLAINTIFF WAS HELD AT THE POLICE STATION AND THEN TRANSFERED TO CAMBRIDGE DISTRICT COURT,AND HELD AT THE CAMBRIDGE JAIL FOR THREE WEEKS ON A FIFTY THOUSAND DOLLARS BAIL AND THE PLAINTIFF REPEATLY ASK THE DEFENDANT TO HAVE THE VICTIM TO(I.D)HIM,THE DEFENDANT DID NOT COMPLY TO THE PLAINTIFF REQUEST

4) ON ABOUT APRIL 1,1994 THE PLAINTIFF REQUESTED TO PUBLIC COUNSEL TO HAVE HIM PLACED IN A LINEUP,AND UPON THIS LINEUP THE VICTIM DID NOT PICK THE PLAINTIF TO BE THE ONE THAT ASSULTED HER,AND THE VICTIM PICK A DIFFERENT INDIVIDUAL FROM THE LINEUP ,AND THAT INDIVIDUAL WAS INDICTED FOR THE ASSULT AND SENTEN( TO PRISON FOR THE ASSULT.

5) ON APRIL 1,1994 THE DEFENDANT NEVER REQUESTED TO THE COURT TO RELEASE THE PLAINTIFF ,SO THE COURT HELD THE PLAINTIFF ON A TWO HUNDER DOLLARS BAIL AND THE COURT HAD NO REASON TO HOLD THE PLAINTIFF ANY LONGER ON BAIL ,AND WHEN THE PLAINTIFF FINALLY MADE BAIL ,THE PLAINTIFF WAS FIRED FROM HIS PART TIME JOB AT HARVARD UNIVERSITY,AND EVICTED FROM HIS PLACE OF RESIDENTS AND FORCE TO LIVE ON THE STREET AS A HOMELESS PERSON .

WEREFORE THE PLAINTIFF REQUEST THIS HONORABLE COURT:

A) REQUEST THE DEFENDANT TO COMPENSATE THE PLAINTIFF FOR WASTED TIME IN JA]

B)ORDER THE DEFENDANT TO MAKE SUITABLE PAYMENT FOR PERSONAL PROPERTIES LOST BY THE PLAINTIFF.

C)REQUEST THE DEFENDANT TO PAY A SETTLEMENT FOR EMOTIONAL STRESS CAUSE TO PLAINTIFF.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

[signature] 6/30/96

Ex."C"

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

SUPERIOR COURT
No. MICR97-2366-001 - 006

COMMONWEALTH

v.

STANLEY DONALD

**Def's. HABEAS CORPUS FOR HEARING**

Now comes the defendant, Stanley Donald, in the above-entitled matter and requests this Honorable Court to issue a Habeas Corpus to direct the Superintendent, Lois Russo, or those acting in her capacity at the Souza-Baranowski Corr. Ctr. to produce the defendant before this Court for a hearing on the pending pleadings; and Motion for DNA test and inspection of rape documents.

Dated: JUNE 3Rd/2005

Respectfully Submitted
By Defendant Himself,

Stanley L. Donald

Stanley L. Donald, (Def.)
S.B.C.C. #W66438
P.O. BOX 8000
Shirley, Mass 01464

**Commonwealth of Massachusetts**
**County of Middlesex**
**The Superior Court**

Ex."C"

CRIMINAL DOCKET# **MICR1997-02366**

RE: **Commonwealth v Donald, Stanley**

TO:Stanley L Donald W66438
SBCC
PO Box 8000
Shirley,MA 01464

**CLERK'S NOTICE**

This is to notify you that in the above referenced case the Court's action on 06/13/2005 is as follows:

Deft files Habeas corpus for hearing

**Motion (P#232) Denied without prejudice, pending Commonwealth's response to defendant's pending DNA Motions (Lauriat,J)**

Dated at Cambridge, Massachusetts this 14th day of June, 2005.

Edward J. Sullivan,
Clerk of the Courts

Location: Rm 10B (Cambridge)

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Stanley Donald, Box 8000, Shirley, Mass 01464

**DEFENDANTS** Jeffrey M. Hall

**05-11417WGY**

(b) County of Residence of First Listed Plaintiff Worcester (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Middlesex (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) Stanley Donald, pro-se, P.O. Box 8000, Shirley, Mass 01464-8000

Attorneys (If Known) Jeffrey M. Hall, Esq. 31 Smith Place, Cambridge, Mass 02138

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☒ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 42 U.S.C. § 1983.

Brief description of cause: Racial Discrimination / Violation of Client Agreement.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 150,000

CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE June 28, 2005

SIGNATURE OF ATTORNEY OF RECORD Stanley L. Donald, pro-se Plaintiff

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Civil Rights Complaint, Stanley Donald Vs. Jeffrey M. Hall

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

___ I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

✓ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

05-11417WGY

___ IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

___ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

-NONE-

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐ NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES ☐ NO ☑

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☐ NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☐ NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES ☑ NO ☐

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division ☑ Central Division ☐ Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division ☐ Central Division ☐ Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐ NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Stanley L. Donald, Pro-Se Plaintiff
ADDRESS SBCC, P.O. Box 8000, Shirley, Mass 01464
TELEPHONE NO. (home) (617) 822-0035, if necessary.