Dated: July 15/2005

Stanley L. Donald
S.B.C.C. #W66438
P.O. BOX 8000
Shirley, Mass 01464

OFFICE OF THE CLERK
U.S. District Court
John J. Moakley Courthouse
1 Courthouse Way, Suite #2300
Boston, Mass 02210

RE: DONALD V. HALL,
Civil Action No._____.

Dear Clerk:

On June 29, 2005, I mailed a civil rights complaint to your office for filing in the above referenced case. See (Attached Documents #1-to-#2) I assure you the complete complaint with cover sheet, civil action cover sheet, and affidavit of indigency with inmate account statement was mailed to your office.

However, I never received a civil action number from your office. Please notify me of the status of my complaint.

Thank you very much.

Sincerely, Stanley L. Donald
STANLEY L. DONALD, PRO-SE

TO: PRO-SE, File.

**Souza-Baranowski Correctional Center Charge Slip**

Date: 6/28/2005

Inmate Number: W66438

Inmate Name: STANLEY L. DONALd

Amount to be charged: $ 1.29

Payable To: U.S. postage / D.O.C

For: Regular First Class postage stamps

Inmate Signature: Stanley L. Donald    Block: K2, 37

Approval: Staff Member _____

IF SLIP IS $75.00 OR OVER IT MUST BE COUNTERSIGNED BELOW.

Approval: IPS    JUN 29 2005

Check #: _____    Date: _____

*[left margin: LEGAL MAIL U.S. CLERKS OFFICE]*

#1.

UNITED STATES DISTRICT COURT
OF MASSACHUSETTS No._____

---

Stanley Donald, Plaintiff,

Vs.

Jeffrey M. Hall, Defendant.

---

### C I V I L     R I G H T S     C O M P L A I N T

---

**[JURY TRIAL DEMANDED]**

Parties:
1.] The plaintiff, Stanley L. Donald, resides at P.O. BOX 8000, Shirley, Mass 01464.

2.] The defendant, Jeffrey M. Hall, resides at 31 Smith Place, Cambridge, Mass 02138.

Introduction:
3.] This is a civil rights complaint, pursuant to 42 U.S.C.§ 1983, alleging the defendant, Jeffrey M. Hall, deliberately conspired with State officials to deprive the plaintiff of his consitutional rights under the 5th, 6th, 8th, 14th Amendments, and M.G.L.A. 12§ 11H, 11I.

4.] This is a civil rights complaint alleging the defendant breached an agreement under Attorney-Client privileges in violation of the 6th Amendment, and Massachusetts Law.

5.] This is a civil rights complaint alleging the defendant acted under Color of Law and allowed racial discrimination to be inflicted upon the plaintiff in the workplace.

6.] The plaintiff, Stanley L. Donald, seeks compensatory damages, and punitive damages pursuant to 42 U.S.C.§ 1983, and M.G.L. A. 12 § 11H, 11I, for the violations of his civil rights and racial discrimination in the workplace. M.G.L.A. 151B sec.4.


#2