

Ex."A"



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

February 10, 2004

Stanley L. Donald
Souza-Baranowki
Correctional Center
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Donald:

This is response to your letter to James Farmer, Chief of the Criminal Division. Please excuse the delay in responding.

We have reviewed the information you have furnished and have concluded that there is no basis on which a federal criminal investigation should be authorized regarding your claims of lost evidence made in the context of your state criminal case. Presumably, you will continue whatever remedies may be available to you through post-conviction litigation.

We do appreciate your cooperation and willingness to testify in the Nashua Street Jail case. As you may know, Lt. Randall Sutherland was convicted of obstruction of justice and awaits sentencing.

We regret that we cannot be of any further assistance to you.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
S. THEODORE MERRITT
Assistant U.S. Attorney



U.S. Department of Justice

Ex. "B"

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

January 6, 2005

Stanley L. Donald
SBCC #W66438
PO Box 8000
Shirley, MA 01464

Dear Mr. Donald:

This office is in receipt of your December 29, 2004, letter regarding an alleged assault at the Souza-Baranowski Correctional Center. I have forwarded that correspondence to the appropriate office at the FBI in Boston, and that agency will respond to you directly. Please forward future inquiries directly to that office.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

            By:
                JOHN T. McNEIL
                Assistant U.S. Attorney
                as Duty Attorney


Ex."C"

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                                SUPERIOR COURT
                                             No. MICR97-2366-001 - 006


                        COMMONWEALTH

                            v.

                       STANLEY DONALD


**Def's. HABEAS CORPUS FOR HEARING**

   Now comes the defendant, Stanley Donald, in the above-
-entitled matter and requests this Honorable Court to issue
a Habeas Corpus to direct the Superintendent, Lois Russo, or
those acting in her capacity at the Souza-Baranowski Corr.
Ctr. to produce the defendant before this Court for a hearing
on the pending pleadings; and Motion for DNA test and inspect-
-ion of rape documents.


                                    Respectfully Submitted
                                    By Defendant Himself,

Dated: JUNE 3rd/2005                _Stanley L. Donald_
                                    Stanley L. Donald, (Def.)
                                    S.B.C.C. #W66438
                                    P.O. BOX 8000
                                    Shirley, Mass 01464

## Commonwealth of Massachusetts
County of Middlesex
The Superior Court



CRIMINAL DOCKET# **MICR1997-02366**

RE:   **Commonwealth v Donald, Stanley**

TO: Stanley L Donald W66438
　　SBCC
　　PO Box 8000
　　Shirley, MA 01464

### CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on 06/13/2005 is as follows:

Deft files Habeas corpus for hearing

**Motion (P#232) Denied without prejudice, pending Commonwealth's response to defendant's pending DNA Motions (Lauriat,J)**

Dated at Cambridge, Massachusetts this 14th day of June, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　Edward J. Sullivan,
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Courts

Location: Rm 10B (Cambridge)

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

Ex. "E"

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.  SUPERIOR COURT
1997-2366-001 through 006

COMMONWEALTH

V.

STANLEY DONALD

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
APR 2 6 2005

**DEFENDANT'S MOTION FOR AN ORDER AUTHORIZING DNA TESTING OF PHYSICAL EVIDENCE IN THE POSSESSION OF THE MIDDLESEX CAMBRIDGE COUNTY CLERK'S OFFICE**

The defendant, Stanley Donald, moved this Court for three (3) Orders, one for the production of the medical records of Ms. X from Beth Isreal Hospital, the second for the authorizing DNA testing of the physical evidence in this case at his own expense. Finally, if deemed necessary, a motion for funds to hire a private investigator or medical doctor to review all evidence that is located in the vault of the Middlesex Superior Court as it pertains to this case. For the reasons set forth below, Mr. Donald is entitled to this relief pursuant to Massachusetts Rule of Criminal Procedure 30, the Due Process Clause of the Fourteenth Amendment to the U.S. Constitution, Article XII of the Declaration of Rights of the Massachusetts Constitution, and Part 2, Chapter 2, § 1, Art. VIII of the Massachusetts Constitution. See memorandum of law accompaning this motion. Proposed Orders are attached.

Whererfore the defendant respectfully requests this Honorable Court to allow the motion in full:

1. Grant a hearing on this motion if not granted on the pleadings; and

2. Issue Finding of Fact and Ruling of Law if this Motion is denied; and

[Handwritten margin note: 4/27/05 The Commonwealth shall serve and file its detailed written response to this motion by on before May 31, 2005. PhJavmer, JSC]

224

*2005 May 31 filed in Court*

COMMONWEALTH OF MASSACHUSETTS

**COPY**

MIDDLESEX, SS.

SUPERIROR COURT
MICR1997-2366

**Ex."F"**

COMMONWEALTH

V.

STANLEY DONALD

*JM Fammy, JSC*

---

**COMMONWEALTH'S MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEFENDANT'S POST-CONVICTION MOTION FOR FURTHER DNA TESTING**

---

Now comes the Commonwealth and moves that the time for filing its response to the above-named defendant's post-conviction motion for further DNA testing (Paper # 223 & 224) be extended to <u>August 1, 2005</u>. As grounds for this request, the Commonwealth refers to the attached affidavit of counsel.

*6/8/05 Allowed.*

                          Respectfully submitted
                          By the Commonwealth,
                          MARTHA COAKLEY
                          DISTRICT ATTORNEY

by: *Loretta M. Lillios*
      Loretta M. Lillios
      Deputy Chief - Appeals Bureau
      BBO No. 635588
      Middlesex Superior Courthouse
      40 Thorndike Street
      Cambridge, MA  02141
      617-679-6622

Dated:    May <u>31</u>, 2005

228

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS No.05-11417-WGY


Stanley Donald,Plaintiff

V.

Jeffrey M.Hall,Defendant.

### PLNF'S. MOTION TO ENLARGE TIME TO COMPLY

The plaintiff,Stanley Donald,pro-se, moves this Court to enlarge time until October 15,2005,within to comply to this Court's Memorandum and Order.See(Paper Entry#3) As reasons for good cause:

1.] The U.S. Attorney informed the plaintiff to continue remedies in his pending criminal case.See(Exhibit"A")*

2.] The plaintiff is also pursuing an investigation of him being brutally assaulted by Correction Officers where he is now detained.See(Exhibit"B")*

3.] The plaintiff is now in the process of requesting a DNA test in his pending criminal case.See(Exhibits"C"-to-"F")

4.] The DNA test, and investigation of the assault requires the plaintiff's full attention until October 15,2005.

5.] The plaintiff further says he has limited access to the Law Library,and copy machine.

6.] An enlargement is greatly needed to obtain documents to support the complaint, and comply to this Court's excellent written memorandum and order.See(Paper Entry#3)

7.] Therefore, this Court should ALLOW an enlargement of time until October 15,2005.

Dated: 8/1/2005

Respectfully Submitted
By Plaintiff Himself,
Stanley L. Donald, pro-se
Stanley L.Donald,pro-se
P.O.BOX 8000
Shirley,Mass 01464

*The plaintiff moves this Court to keep Exhibits"A"-,"B" confidential for his safety.