UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS No.C.A. 05-11417-WGY

Stanley Donald, Plaintiff

V.

Jeffrey M. Hall, Defendant.

### PLNF'S. MOTION FOR LEAVE TO AMEND COMPLAINT

The plaintiff, Stanley Donald, moves this Honorable Court, pursuant to Fed. Civil Rule 15, to Allow him leave to amend his complaint, and says his original complaint did request to reserve his rights to amend complaint and amend claims for relief to show good cause to survive a motion to dismiss. See(PLNF'S.Comp.par.#26). The plaintiff attaches his affidavit in support hereof.

Respectfully Submitted
By Plaintiff Himself,

Dated: 8/1/2005

Stanley L. Donald, pro-se
S.B.C.C.
P.O.BOX 8000
Shirley, Mass 01464

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS   No.C.A. 05-11417-WGY


Stanley Donald, Plaintiff

V.

Jeffrey M. Hall, Defendant.


### PLNF'S. AFFIDAVIT IN SUPPORT OF MOTION TO AMEND COMPLAINT

Being duly sworn, I, Stanley Donald, pro-se plaintiff deposes and says the following:

1.] I intend to do more research to obtain documents to support my complaint as true to this Court.

2.] By me being unfamiliar with Federal Laws, and unknowledgable to Federal Statutes is a result of me improperly stating a insufficient claim for relief in my original complaint.

3.] An amended complaint will give me an opportunity to present sufficient facts and claims to this Court.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: August 1/2005

Stanley L. Donald, pro-se
S.B.C.C. #W66438
P.O. BOX 8000
Shirley, Mass 01464-8000