# UNITED STATES DISTRICT COURT

_____ District of _____

Stanley Donald,
Plaintiff

v.

Jeffrey Hall,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: C.A. No. 05-11417-WGY

I, __Stanley L. Donald__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Souza-Baranowski Correctional Center__

   Are you employed at the institution? __No__    Do you receive any payment from the __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __(1997) $11.00 - An Hour; Educators Publishing Company, Inc., 31 Smith Place, Cambridge, Mass 02138__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends              ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments       ☐ Yes    ☐ No
   e. Gifts or inheritances                             ☐ Yes    ☐ No
   f. Any other sources                                 ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. __My Mother sends me ten dollars once a month for soap, razors, toothpaste, etc. The Homeless Project no longer sends me money ($30) once a month for my poems published in the homeless newspaper - see (attached letter)__

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount.  —NONE—

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   —NONE—

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   —NONE—

I declare under penalty of perjury that the above information is true and correct.

July 28/2005                  *Stanley L. Powell*
‾‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
    Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050801 13:26

Page: 1

| Commit# : | W66438 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | DONALD, STANLEY, , | | | Statement From | 20050101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20050801 | | |
| Block : | K2 | | | | | | |
| Cell/Bed : | 37/A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Total Transaction before this Period : | | $2,262.60 | $1,983.52 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3979817 | | SBCC | | $0.78 | $0.00 | $0.00 | $0.00 |
| 20050114 22:30 | CN - Canteen | 3999292 | | SBCC | ~Canteen Date : 20050114 | $0.00 | $7.89 | $0.00 | $0.00 |
| 20050119 08:08 | IC - Transfer from Inmate to Club A/c | 4008811 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050119 08:10 | IC - Transfer from Inmate to Club A/c | 4008820 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20050119 08:10 | IC - Transfer from Inmate to Club A/c | 4008821 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050121 22:30 | CN - Canteen | 4028449 | | SBCC | ~Canteen Date : 20050121 | $0.00 | $8.51 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056556 | | SBCC | ~Canteen Date : 20050128 | $0.00 | $32.05 | $0.00 | $0.00 |
| 20050204 22:30 | CN - Canteen | 4091414 | | SBCC | ~Canteen Date : 20050204 | $0.00 | $8.09 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108967 | | SBCC | | $0.72 | $0.00 | $0.00 | $0.00 |
| 20050211 22:30 | CN - Canteen | 4141454 | | SBCC | ~Canteen Date : 20050211 | $0.00 | $7.43 | $0.00 | $0.00 |
| 20050301 08:20 | IC - Transfer from Inmate to Club A/c | 4206756 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20050304 22:30 | CN - Canteen | 4235137 | | SBCC | ~Canteen Date : 20050304 | $0.00 | $29.30 | $0.00 | $0.00 |
| 20050311 09:20 | ML - Mail | 4267007 | | SBCC | ~BISSIE DONALD | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050311 09:20 | MA - Maintenance and Administration | 4267008 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280112 | | SBCC | | $0.58 | $0.00 | $0.00 | $0.00 |
| 20050318 22:30 | CN - Canteen | 4316239 | | SBCC | ~Canteen Date : 20050318 | $0.00 | $21.80 | $0.00 | $0.00 |
| 20050408 09:23 | ML - Mail | 4416683 | | SBCC | ~MRS DONALD | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050408 09:23 | MA - Maintenance and Administration | 4416685 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420112 | | SBCC | | $0.66 | $0.00 | $0.00 | $0.00 |
| 20050408 22:30 | CN - Canteen | 4434383 | | SBCC | ~Canteen Date : 20050408 | $0.00 | $26.56 | $0.00 | $0.00 |
| 20050411 08:22 | IC - Transfer from Inmate to Club A/c | 4434977 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050411 08:40 | IC - Transfer from Inmate to Club A/c | 4435162 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050415 22:30 | CN - Canteen | 4468839 | | SBCC | ~Canteen Date : 20050415 | $0.00 | $8.04 | $0.00 | $0.00 |
| 20050422 22:30 | CN - Canteen | 4498594 | | SBCC | ~Canteen Date : 20050422 | $0.00 | $16.07 | $0.00 | $0.00 |
| 20050426 08:15 | IC - Transfer from Inmate to Club A/c | 4504157 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050429 22:30 | CN - Canteen | 4529416 | | SBCC | ~Canteen Date : 20050429 | $0.00 | $8.41 | $0.00 | $0.00 |
| 20050502 11:26 | ML - Mail | 4534171 | | SBCC | ~HOMELESS PROJECT | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050502 11:26 | MA - Maintenance and Administration | 4534173 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 08:25 | IC - Transfer from Inmate to Club A/c | 4582027 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 08:25 | IC - Transfer from Inmate to Club A/c | 4582028 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050801 13:26

| | | | | | Page: 2 |
|---|---|---|---|---|---|
| Commit# : | W66438 | | | SOUZA-BARANOWSKI CORRECTIONAL | |
| Name : | DONALD, STANLEY, , | | | Statement From | 20050101 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20050801 |
| Block : | K2 | | | | |
| Cell/Bed : | 37 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050511 08:25 | IC - Transfer from Inmate to Club A/c | 4582030 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 08:26 | IC - Transfer from Inmate to Club A/c | 4582031 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586568 | | SBCC | | $0.63 | $0.00 | $0.00 | $0.00 |
| 20050513 22:30 | CN - Canteen | 4619321 | | SBCC | ~Canteen Date : 20050513 | $0.00 | $9.53 | $0.00 | $0.00 |
| 20050518 09:16 | ML - Mail | 4632204 | | SBCC | ~ROSE WILLIAMS | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050520 22:30 | CN - Canteen | 4651676 | | SBCC | ~Canteen Date : 20050520 | $0.00 | $24.83 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4679006 | | SBCC | ~Canteen Date : 20050526 | $0.00 | $15.81 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4748469 | | SBCC | | $0.64 | $0.00 | $0.00 | $0.00 |
| 20050610 22:30 | CN - Canteen | 4769053 | | SBCC | ~Canteen Date : 20050610 | $0.00 | $11.54 | $0.00 | $0.00 |
| 20050613 09:20 | IC - Transfer from Inmate to Club A/c | 4770467 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050617 22:30 | CN - Canteen | 4802530 | | SBCC | ~Canteen Date : 20050617 | $0.00 | $20.35 | $0.00 | $0.00 |
| 20050623 12:17 | CI - Transfer from Club to Inmate A/c | 4828066 | | SBCC | ~canteen refund 5/13~W66438 DONALD,STANLEY PERSONAL~KCN WASH ACCOUNT - Z5 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20050624 09:23 | ML - Mail | 4832794 | | SBCC | ~BESSIE DONALD | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050624 09:23 | MA - Maintenance and Administration | 4832796 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050624 22:30 | CN - Canteen | 4834899 | | SBCC | ~Canteen Date : 20050624 | $0.00 | $1.21 | $0.00 | $0.00 |
| 20050628 09:01 | ML - Mail | 4841656 | | SBCC | ~T DONALD | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050629 08:14 | IC - Transfer from Inmate to Club A/c | 4846001 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050630 22:30 | CN - Canteen | 4863284 | | SBCC | ~Canteen Date : 20050630 | $0.00 | $34.60 | $0.00 | $0.00 |
| 20050706 15:24 | IC - Transfer from Inmate to Club A/c | 4885029 | | SBCC | ~photos~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4923845 | | SBCC | | $0.48 | $0.00 | $0.00 | $0.00 |
| 20050715 22:30 | CN - Canteen | 4955878 | | SBCC | ~Canteen Date : 20050715 | $0.00 | $15.09 | $0.00 | $0.00 |
| 20050719 09:15 | ML - Mail | 4962816 | | SBCC | ~BESSIE DONALD | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050719 09:15 | MA - Maintenance and Administration | 4962818 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050729 22:30 | CN - Canteen | 5018408 | | SBCC | ~Canteen Date : 20050729 | $0.00 | $24.72 | $0.00 | $0.00 |
| | | | | | | $170.49 | $367.70 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $81.87 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050801 13:26

Page: 3

| | | | |
|---|---|---|---|
| Commit# : | W66438 | | SOUZA-BARANOWSKI CORRECTIONAL |
| Name : | DONALD, STANLEY, , | Statement From | 20050101 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20050801 |
| Block : | K2 | | |
| Cell/Bed : | 37 / A | | |

**Current Balances:**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $81.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



**ROPES & GRAY LLP**
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050
BOSTON   NEW YORK   SAN FRANCISCO   WASHINGTON, DC

April 28, 2005

Stephanie A. Dorn
(617) 951-7892

**VIA CERTIFIED MAIL**

Mr. Stanley L. Donald
S.B.C.C. #W66438
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Donald:

Our client, the Homeless Empowerment Project, also known as Spare Change News ("SCN"), has asked me to contact you on their behalf, in response to a letter you sent to SCN, dated February 2, 2005, demanding payment for a poem you submitted to SCN for publication.

According to your letter, the poem in question was published in the December 23, 2004 issue of SCN (the "December Poem"). You have demanded that SCN pay you the "usual amount of writers [sic] funds" for the December Poem.

As you may or may not be aware, SCN has a standing policy, in place from the organization's inception, not to pay writers for published poetry (the "Poetry Policy"). It has come to our attention that several erroneous payments were made to you over the course of the past two years in contravention of this Poetry Policy. Due to this error, and due to any misunderstanding that may have ensued from such payments, we have advised SCN to pay you for the December Poem, and a check in the amount of $30 is enclosed herewith.

However, this letter serves as full and complete notice to you of the Poetry Policy (as defined above), and informs you that from this date forward, any poetry submissions sent by you to SCN that are subsequently published shall not include any payment to you of any kind. To be clear, you will only receive payment from SCN for the publication of any submitted essays, articles or other prose, which payments will be made according to SCN's standard payment schedule, which is subject to change at any time, and you will not receive any payment for the publication of any submitted poetry.

Please feel free to contact me with any questions you may have on this matter.

9705142_1.DOC

ROPES & GRAY LLP

Best regards,

Stephanie A. Dorn

Enclosure

cc:  Jerald Korn
     Lee Mandell
     Paula Mathieu
     Sam Scott