UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS No. C.A. 05-11417-WGY

Stanley Donald, Plaintiff

V.

Jeffrey M. Hall, Defendant.

PLNF'S. AFFIDAVIT IN SUPPORT OF MOTION
TO SHOW CAUSE TO PROCEED

Being duly sworn, I, Stanley Donald, pro-se plaintiff deposes and says the following:

1.) I believe this Court should Allow this action to proceed until the defendant can adequately answer the complaint.

2.) I believe the discovery and interrogatories propunded during the proceedings of this action will further support the complaint as true.

3.) I am currently in the process of obtaining a lawyer to represent me Pro-Bono in this action.

4.) I plead with this Court to exercise its Judicial Authority and Allow this action to proceed.

Signed Under The Pains And Penalties Of Perjury.

Dated: August 15/2005

Stanley L. Donald, pro-se
S.B.C.C.
P.O. BOX 8000
Shirley, Mass 01464