DATED: August 22nd/2005

STANLEY L. DONALD
S.B.C.C. #W66438
P.O. Box 8000
Shirley, Mass 01464

OFFICE OF The CLERK
U.S. District Court
John J. Moakley Courthouse
1 Courthouse WAY, Suite #2300
Boston, Mass 02210

RE: Stanley Donald Vs. Jeffrey M. Hall,
    C.A. No. 05-11417-WGY

    (Request For Copy of Docket Sheet)

DEAR CLERK:

    Please provide Me (plaintiff) with a copy of
the docket Sheet to confirm the Filings.

    On August 15, 2005, I mailed several Filings
to the Clerk's Office. See (Attachments)

        Thank you For your cooperation.

        Sincerely, Stanley L. Donald, pro-se
                   STANLEY L. DONALD, pro-se

LEGAL MAIL                          8/15/05

**Souza-Baranowski Correctional Center Charge Slip**

Date: 8/15/05

Inmate Number: W66438

Inmate Name: STANLEY L. DONALD

Amount to be charged: $ 1.52    (37)

Payable To: U.S. POSTAGE / D.O.C

For: REGULAR FIRST CLASS POSTAGE STAMP

Inmate Signature: Stanley L. Donald    Block: K-2, #37

Approval: Unit Manager

IF SLIP IS $75.00 OR OVER IT MUST BE COUNTERSIGNED
BELOW. Articles to be purchased MUST be listed on BACK.

Approval: IPS    8/12/05    AUG 1 5 2005

Check #: _____    Date: _____

U.S. District Court Clerk's Office

Dated: *August 15/2005*

Stanley L.Donald
S.B.C.C.#W66438
P.O.BOX 8000
Shirley,Mass 01464

Office of the Clerk
U.S. District Court
John J.Moakley Courthouse
1 Courthouse Way,Suite#2300
Boston,Mass 02210


RE:Stanley Donald Vs. Jeffrey M.Hall,
    C.A.  No. 05-11417-WGY


Dear Clerk:

    Enclosed please find for filing;

1.]APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES
   AND AFFIDAVIT, WITH FINANCIAL STATEMENT,AND ATTACHMENTS.

2.]PLNF'S. MOTION TO SHOW CAUSE TO PROCEED,WITH AFFIDAVIT.


3.]AMENDED COMPLAINT ,WITH EXHIBITS.



    Please forward these filings to the attention of the
Chief Judge for approval.



                    Thank you for your cooperation.

                              Sincerely, _Stanley L.Donald pro-se_.
                                    STANLEY L.DONALD,Pro-Se




TO:Pro-Se, File.