UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANLEY DONALD,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY M. HALL,<br>　　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 05-11417-WGY<br>)<br>)<br>) |

## ORDER OF DISMISSAL

YOUNG, C.J.

    In accordance with the electronic Order dismissing this action for failure to state a federal cause of action against state actors within the applicable statute of limitation, it is hereby ORDERED that this action is dismissed in its entirety.

 

Dated: September 8, 2005

/s/ William G. Young
WILLIAM G. YOUNG
CHIEF, UNITED STATES DISTRICT JUDGE