

REC'd 8/23/05

05-11417-W6Y

## MASSACHUSETTS DEPARTMENT OF CORRECTION
### Inmate Transaction History
### Summary Report

Inmate Name............ STANLEY, DONALD

Commitment number.... W66438

Period encompassed.... 1/25-7/25/05

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 1/25/2005 | $ 256.00 | $ - | $ 256.00 |
| Balance as of | 25-Feb-05 | $ 209.15 | $ - | $ 209.15 |
| Balance as of | 25-Mar-05 | $ 224.55 | $ - | $ 224.55 |
| Balance as of | 25-Apr-05 | $ 182.47 | $ - | $ 182.47 |
| Balance as of | 25-May-05 | $ 173.71 | $ - | $ 173.71 |
| Balance as of | 25-Jun-05 | $ 130.65 | $ - | $ 130.65 |
| Ending Balance: | 7/25/2005 | $ 106.59 | $ - | $ 106.59 |

Six month average balance:         $   183.30

20% of six month average balance:  $    36.66

total expenditures for period:     $   319.12

total income for period:           $   169.71

To the best of my knowledge the above summary information is true and accurate:

Signed: _____   Title: _____   Date: _____

*note to clear numbers Ctrl-Z*