DATED: September 14, 2005

Stanley L. Donald
S.B.C.C. #W6138
P.O. Box 8000
Shirley, Mass 01464

Rebecca Greenberg, Deputy Clerk
Office of The Clerk
U.S. District Court
U.S. Courthouse
1 Courthouse Way, Suite #2300
Boston, Mass 02210

RE: Donald Vs. Hall,
C.A. 05-11417-WGY

Dear Clerk:

Enclosed please find for filing;

1.) PLNF's. Memorandum In Support of Motion to Vacate Order, And To Waive Payment of Filing Fee, With Attachments.

Please Forward to Chief Judge, William Young, of the U.S. District Court For A decision.

Thank you For your Cooperation.

Sincerely, Stanley L. Donald, pro se
Stanley L. Donald, pro-se

To: Treasurer of S.B.C.C., File.

# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

No. C.A. 05-11417-WGY

STANLEY DONALD, PLAINTIFF

Vs.

JEFFREY M. HALL, DEFENDANT.

## PLNF'S. MEMORANDUM IN SUPPORT OF MOTION TO VACATE ORDER, AND TO WAIVE PAYMENT OF FILING FEE

BY WAY HEREWITH the plaintiff moves his Court to vacate its Order to Collect the payment of Filing Fee, (Ex. I), and moves this Court to waive payment since he is indigent, and has no income to pay fee.

# INTRODUCTION

The plaintiff, Stanley Donald, is a poor person who is incarcerated for 40-years in State prison. He was once homeless, and once worked for the homeless. SEE (¶ 2-to-3)

He has endured poverty, and is unable to pay the filing fee in this Civil Action.

# ARGUMENT

The plaintiff would contend he is below poverty according to the standard used under 42 U.S.C. § 2996 F(2)(A), and (1). He is unable to pay filing fees through his prison account in accordance with the provisions of 28 U.S.C. § 1915(b).

(P. 2)

This Court dismissed his complaint for Failure to state a Federal Claim. See (P.E¹ ɥ#13)

Since he is unable to pay the Ordered Filing Fee. This Court has the Authority to b. v Further Filing of Civil Actions in the U.S. District Court as an Alternative For th inmate's inability to pay Filing Fee. See Woo N Vs. District of Columbia, 129 F.3d 206, at 107 (D.C. Cir. 1997); 28 U.S.C § 1915(G); De ton Vs. Hernandez, 504 U.S. 25, 32-33 (19 2).

The plaintiff would further contend hat he has become destituted while incarc ated, and needs Financial Assistance to purch e Necessities such as soap, razors, tooth ɑsts,

(P.3)

And to purchase asprins, postage st[amps]
for his survival of 40 years in prison.
He has no income whatsoever. See (Ex. 4)

The plaintiff invokes M.G.L. c. 261 §§ 17A-G,
and swears to his indigency to pay the [fi]ling
fee for the inconvenience of the Court
resources in this civil action which he reg[r]ets.

## CONCLUSION

For the reasons stated above, this Court [sh]ould
deem the plaintiff indigent, and waive the
collection of the filing fee from the [in]mate
account since the plaintiff is below pover[ty].

Respectfully Submit[ted]
By Plaintiff Himself

Dated: September 14/2005

Stanley L. Donald, pro se
Stanley L. Donald, pro se
S.B.C.C. #W66438
P.O. Box 8000
Shirley, Mass 01464

(P.4)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANLEY DONALD,            )
       Plaintiff,      )
                       )
    v.                        )    C.A. No.   05-11417-WGY
                       )
JEFFREY M. HALL,           )
       Defendant.      )

### NOTICE FOR PAYMENT OF PRISONER FILING FEE

To:   THE TREASURER'S OFFICE AT SOUZA BARONOWSKI CORRECTIONAL CENTER AND TO ANY TREASURER'S OFFICE AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding pro se and *in forma pauperis*, is obligated to the statutory filing fee of $250.00* for this action. See 28 U.S.C. § 1915(b)(

☒    Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been assessed the follo  g:
     ☐   Full filing fee of $ 250.00   from available funds.
     ☒   An initial partial filing fee of: **$36.66** is due within ten (10) bus  ss days of receipt of this notice.
     ☒   Remainder of fee [$ **$213.34** ] to be paid in accordance with 28 U.S.( §  1915(b)(2) in monthly payments of 20% of the preceding month's incor credited to the prisoner's account each time the amount in the acco exceeds $10.00 until the filing fee is paid.

☐    Plaintiff has been without funds for six months and is currently without funds. Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to  he prisoner's account until the statutory filing fee of $ 250.00 has been pa  in full.

The Treasurer's Office at the institution designated above is required to send t the Clerk of the Court the initial partial filing fee (if assessed) and monthly payments from plaintiff's prison trust account (or institutional equivalent) eac time the amount in the prisoner's account exceeds $10.00. 28 U.S.C. § 1915(b)(2 The monthly payments shall be sent on the last day of each month, beginning in t month subsequent to the date of this notice. The monthly payments shall contint until the balance of $ 250.00   is paid in full.

The prisoner's name and case number must be noted on each remittance. If a sinc check is provided in payment of filing fees for more than one prisoner, the amou to be allocated to each prisoner and case must be noted. All checks should be m  e payable to the "Clerk, U. S. District Court" and transmitted to:

                       U. S. District Court
                       Cashier - Suite 2300
                       1 Courthouse Way
                       Boston, MA   02210

                       SARAH ALLISON THORNTON, CLERK

September 8, 2005         By:  /s/ Rebecca Greenberg
Date                             Deputy Clerk

cc: Plaintiff
*The filing fee for civil actions increased from $150.00 to $250.00 effective February 7, 2005. See Section 307 of The Omnibus Appropriation Act for 2005 which increases the statu  y fee prescribed under 28 U.S.C. 1914(a).



**solutions at work**

Working to End Homelessness

- Furniture Bank
- Moving Up
- Children's Clothing Exchange
- Wheels
- Speak Up!

August 13, 2002

Ms. Cynthia Baron
Spare Change Newspaper

Dear Cynthia,

This letter is to confirm that Stanley Donald was a transitional employee at Solutions at Work from April 23, 1997 to August 22, 1997. I met Stanley because he was a vendor for the paper. As far as I am aware he continued to sell during part of the time he worked for us. Stanley left Solutions at Work to work full time for Educators publishing service.

Sincerely Yours,

Macy DeLong
Executive Director



1151 Massachusetts Avenue, Cambridge MA 02138
(617) 492-0300 phone   (617) 492-1284 fax   solutionsatwork@hotmail.com   www.solutionsatwork.org



Publisher of *Spare Change News*

April 8, 2000

Dear Stanley,

Thank you very much for your recent letter. I appreciate the compliments about my work! Also, thank you for your numerous contributions to Spare Change News.

Cordially,
Holly Hand
Editor

1151 Massachusetts Avenue • Cambridge, MA 02138
617.497.1595 • FAX 617.868.0767 • www.homelessempowerment.org

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050913 10:25

| Commit# : | W66438 | | | | | SOUZA-BARANOWSKI CORRECTIONAL | | |
|---|---|---|---|---|---|---|---|---|
| Name : | DONALD, STANLEY, , | | | | Statement From | 20050101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20050913 | | |
| Block : | K2 | | | | | | | |
| Cell/Bed : | 37 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,262.60 | $1,983.52 | $0.0 | $0.00 |
| 20050113 17:06 | IS - Interest | 3979817 | | SBCC | | $0.78 | $0.00 | $0.0 | $0.00 |
| 20050114 22:30 | CN - Canteen | 3999292 | | SBCC | ~Canteen Date : 20050114 | $0.00 | $7.89 | $0.0 | $0.00 |
| 20050119 08:08 | IC - Transfer from Inmate to Club A/c | 4008811 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.0 | $0.00 |
| 20050119 08:10 | IC - Transfer from Inmate to Club A/c | 4008820 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.0 | $0.00 |
| 20050119 08:10 | IC - Transfer from Inmate to Club A/c | 4008821 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.0 | $0.00 |
| 20050121 22:30 | CN - Canteen | 4028449 | | SBCC | ~Canteen Date : 20050121 | $0.00 | $8.51 | $0.0 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056556 | | SBCC | ~Canteen Date : 20050128 | $0.00 | $32.05 | $0.0 | $0.00 |
| 20050204 22:30 | CN - Canteen | 4091414 | | SBCC | ~Canteen Date : 20050204 | $0.00 | $8.09 | $0.0 | $0.00 |
| 20050209 16:46 | IS - Interest | 4108967 | | SBCC | | $0.72 | $0.00 | $0.00 | $0.00 |
| 20050211 22:30 | CN - Canteen | 4141454 | | SBCC | ~Canteen Date : 20050211 | $0.00 | $7.43 | $0.00 | $0.00 |
| 20050301 08:20 | IC - Transfer from Inmate to Club A/c | 4206756 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20050304 22:30 | CN - Canteen | 4235137 | | SBCC | ~Canteen Date : 20050304 | $0.00 | $29.30 | $0.00 | $0.00 |
| 20050311 09:20 | ML - Mail | 4267007 | | SBCC | ~BISSIE DONALD | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050311 09:20 | MA - Maintenance and Administration | 4267008 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280112 | | SBCC | | $0.58 | $0.00 | $0.00 | $0.00 |
| 20050318 22:30 | CN - Canteen | 4316239 | | SBCC | ~Canteen Date : 20050318 | $0.00 | $21.80 | $0.00 | $0.00 |
| 20050408 09:23 | ML - Mail | 4416683 | | SBCC | ~MRS DONALD | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050408 09:23 | MA - Maintenance and Administration | 4416685 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420112 | | SBCC | | $0.66 | $0.00 | $0.00 | $0.00 |
| 20050408 22:30 | CN - Canteen | 4434383 | | SBCC | ~Canteen Date : 20050408 | $0.00 | $26.56 | $0.00 | $0.00 |
| 20050411 08:22 | IC - Transfer from Inmate to Club A/c | 4434977 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050411 08:40 | IC - Transfer from Inmate to Club A/c | 4435162 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050415 22:30 | CN - Canteen | 4468839 | | SBCC | ~Canteen Date : 20050415 | $0.00 | $8.04 | $0.00 | $0.00 |
| 20050422 22:30 | CN - Canteen | 4498594 | | SBCC | ~Canteen Date : 20050422 | $0.00 | $16.07 | $0.00 | $0.00 |
| 20050426 08:15 | IC - Transfer from Inmate to Club A/c | 4504157 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050429 22:30 | CN - Canteen | 4529416 | | SBCC | ~Canteen Date : 20050429 | $0.00 | $8.41 | $0.00 | $0.00 |
| 20050502 11:26 | ML - Mail | 4534171 | | SBCC | ~HOMELESS PROJECT | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050502 11:26 | MA - Maintenance and Administration | 4534173 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 08:25 | IC - Transfer from Inmate to Club A/c | 4582027 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 08:25 | IC - Transfer from Inmate to Club A/c | 4582030 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |



# 1 oF-1

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050913 10:25

| Commit# : | W66438 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | 2 |
|---|---|---|---|---|---|---|---|---|
| Name : | DONALD, STANLEY, . | | | | Statement From | 20050101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20050913 | | |
| Block : | K2 | | | | | | | |
| Cell/Bed : | 37 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050511 08:25 | IC - Transfer from Inmate to Club A/c | 4582028 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050511 08:26 | IC - Transfer from Inmate to Club A/c | 4582031 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586568 | | SBCC | | $0.63 | $0.00 | $0.00 | $0.00 |
| 20050513 22:30 | CN - Canteen | 4619321 | | SBCC | ~Canteen Date : 20050513 | $0.00 | $9.53 | $0.00 | $0.00 |
| 20050518 09:16 | ML - Mail | 4632204 | | SBCC | ~ROSE WILLIAMS | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050520 22:30 | CN - Canteen | 4651676 | | SBCC | ~Canteen Date : 20050520 | $0.00 | $24.83 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4679006 | | SBCC | ~Canteen Date : 20050526 | $0.00 | $15.81 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4748469 | | SBCC | | $0.64 | $0.00 | $0.00 | $0.00 |
| 20050610 22:30 | CN - Canteen | 4769053 | | SBCC | ~Canteen Date : 20050610 | $0.00 | $11.54 | $0.00 | $0.00 |
| 20050613 09:20 | IC - Transfer from Inmate to Club A/c | 4770467 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050617 22:30 | CN - Canteen | 4802530 | | SBCC | ~Canteen Date : 20050617 | $0.00 | $20.35 | $0.00 | $0.00 |
| 20050623 12:17 | CI - Transfer from Club to Inmate A/c | 4828066 | | SBCC | ~canteen refund 5/13~W66438 DONALD,STANLEY PERSONAL~KCN WASH ACCOUNT - Z5 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20050624 09:23 | ML - Mail | 4832794 | | SBCC | ~BESSIE DONALD | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050624 09:23 | MA - Maintenance and Administration | 4832796 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050624 22:30 | CN - Canteen | 4834899 | | SBCC | ~Canteen Date : 20050624 | $0.00 | $1.21 | $0.00 | $0.00 |
| 20050628 09:01 | ML - Mail | 4841656 | | SBCC | ~T DONALD | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050629 08:14 | IC - Transfer from Inmate to Club A/c | 4846001 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050630 22:30 | CN - Canteen | 4863284 | | SBCC | ~Canteen Date : 20050630 | $0.00 | $34.60 | $0.00 | $0.00 |
| 20050706 15:24 | IC - Transfer from Inmate to Club A/c | 4885029 | | SBCC | ~photos~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4923845 | | SBCC | | $0.48 | $0.00 | $0.00 | $0.00 |
| 20050715 22:30 | CN - Canteen | 4955878 | | SBCC | ~Canteen Date : 20050715 | $0.00 | $15.09 | $0.00 | $0.00 |
| 20050719 09:15 | ML - Mail | 4962816 | | SBCC | ~BESSIE DONALD | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050719 09:15 | MA - Maintenance and Administration | 4962818 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050729 22:30 | CN - Canteen | 5018408 | | SBCC | ~Canteen Date : 20050729 | $0.00 | $24.72 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5038775 | | SBCC | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20050805 22:30 | CN - Canteen | 5075094 | | SBCC | ~Canteen Date : 20050805 | $0.00 | $11.73 | $0.00 | $0.00 |
| 20050808 10:23 | IC - Transfer from Inmate to Club A/c | 5075545 | | SBCC | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050808 10:38 | IC - Transfer from Inmate to Club A/c | 5075719 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050812 22:30 | CN - Canteen | 5116116 | | SBCC | ~Canteen Date : 20050812 | $0.00 | $25.92 | $0.00 | $0.00 |
| 20050815 12:05 | IC - Transfer from Inmate to Club A/c | 5112842 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |



(#1 of 2)

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050913 10:25

| Commit# : | W66438 | | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | 3 |
| Name : | DONALD, STANLEY, , | | | | Statement From | 20050101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20050913 | | |
| Block : | K2 | | | | | | | |
| Cell/Bed : | 37/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050818 10:28 | ML - Mail | 5135936 | | SBCC | ~DONALD, L. | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050818 10:28 | MA - Maintenance and Administration | 5135938 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050818 14:28 | CI - Transfer from Club to Inmate A/c | 5136653 | | SBCC | ~baseball league~W66438 DONALD,STANLEY PERSONAL~INMATE BENEFIT - Z1 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050819 22:30 | CN - Canteen | 5143102 | | SBCC | ~Canteen Date : 20050819 | $0.00 | $8.61 | $0.00 | $0.00 |
| 20050829 10:21 | IC - Transfer from Inmate to Club A/c | 5174849 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050829 10:21 | IC - Transfer from Inmate to Club A/c | 5174851 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050829 10:21 | IC - Transfer from Inmate to Club A/c | 5174854 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050829 10:22 | IC - Transfer from Inmate to Club A/c | 5174857 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050829 12:12 | CN - Canteen | 5176484 | | SBCC | ~Canteen Date : 20050826 | $0.00 | $33.74 | $0.00 | $0.00 |
| 20050829 13:10 | ML - Mail | 5176983 | | SBCC | ~BESSIE MACDNALD | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050831 09:12 | IC - Transfer from Inmate to Club A/c | 5186264 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050901 08:19 | IC - Transfer from Inmate to Club A/c | 5196412 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050902 04:39 | CN - Canteen | 5205708 | | SBCC | ~Canteen Date : 20050901 | $0.00 | $8.28 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5246522 | | SBCC | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20050912 08:24 | IC - Transfer from Inmate to Club A/c | 5262333 | | SBCC | ~postage~POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| | | | | | | $216.13 | $468.96 | $0.00 | $0.00 |

Balance as of ending date :   Personal $26.25   Savings $0.0

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $26.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Stanley L. Donald, pro-se* (signature)

(# 1 of 3)

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
SOUZA-BARANAOWSKI CORRECTIONAL

| | | |
|---|---|---|
| Date: 2005 0913 14:22:20 | Inmate Disbursement Receipt | Receipt # 5271118 |

| Field | Value |
|---|---|
| Institution : | SOUZA-BARANOWSKI CORRECTIONAL |
| Unit : | K2 |
| Block: | 37 |
| Commit # : | W66438 |
| Name : | DONALD, STANLEY |
| Type Of Transaction : | EX - External Disbursement |
| Date of Transaction : | 20050913 |
| Source : | |
| External Contact : | U.S. DISTRICT COURT 05-11417 WGY |
| Amount : | $ 25.25 |
| Comments : | INITIAL FILING FEE |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | .00 |