UNITED STATES DISTRICT COURT
OF MASSACHUSETTS No. C.A. 05-1147-WGY

Donald, plaintiff

Vs.

Hall, defendant.

## PLNF's. Motion For 30-Day Stay of Order To Collect Payment of Filing Fee

The plaintiff, Stanley Donald, requests this court to allow a stay of 30-days to collect filing fee payments until November 10, 2005.

As Reasons herefor.

1.) The plaintiff has a pending civil case #0-03763 in State Court which requires mailing summons by certified mail upon three witnesses at a costs of $5.00 each.

2.) The plaintiff has a pending criminal appeal in the State Appeals Court #05-P-1221 which requires mailing 7-copies of a brief at a costs of $20.00.

3.) This Court's order to collect filing fee is denying the plaintiff access to his funds to pay for mailing legal documents to witnesses, and to the State Courts.

4.) The Department of Correction is denying the plaintiff access to indigent inmate mail.

5.) The plaintiff is presently serving 40-years in state prison.

6.) A 30-day stay will not place a burden on this court.

7.) Therefore, this court should ALLOW a 30-day stay to collect payment of filing fee until November 15, 2005, An issue an order to the DOC to stay still collection of payments until November 1 2005, to give the plaintiff reasonable time to take care of other court matters.

Respectfully Submitted
By Plaintiff Himself,

Dated: 9/26/2005

Stanley L. Donald, pro-
Stanley L. Donald, pro-
S.B.C.C. #W66438
P.O. Box 8000
Shirley, Mass 01464

(Page #2)

Dated: September 20/2005

From: Stanley Donald, #W66438, K-2/37

TO: Supt. Lois Russo Of Souza-Baranowski Corr. Ctr.

RE: Free Postage For Indigent Inmates, 103 CMR 481.10.

Dear Supt. Russo:

   On September 14, 2005, I became indigent. I now have zero funds in my inmate account. However, I have to mail 7-copi of legal Brief and Record Appendix to the Appeals Court, (05-P-1221), before an October deadline. I also have to mail 2-copi of same to the District Attorney.

   Please grant me access to indigent mail, to mail the lega mail to the Appeals Court, and to the District Attorney throug free postage at the institution expense according to 103 CMR 481.10, which additionally provides; 481.06: "the Superintende may in his/her discretion, designate an inmate as indigent if he inmate has less than $2.oo in his account at the time of the request, or in other circumstances as he or she deems appropr te ". Id.

   Thank you very much for access to indigent mai

Sincerely, *Stanley L. Donald*
STANLEY L. DONALD, #W66438

TO: Appeals Court Clerk's Office, File.