

**DEPARTMENT OF THE ARMY**
NEW ENGLAND DISTRICT, CORPS OF ENGINEERS
696 VIRGINIA ROAD
CONCORD, MASSACHUSETTS 01742-2751

REPLY TO
ATTENTION OF

Office of Counsel                                              October 13, 2005

Ms. Sarah Allison Thornton
Clerk of the Court
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Advocates for Transportation Alternatives et al. v. U.S. Army Corps of Engineers et
al., Civ. No. 05-11918

Dear Ms. Thornton:

You will find enclosed two copies of the administrative record for the Army Corps of
Engineers permit decision at issue in the civil action captioned Advocates for
Transportation Alternatives v. U.S. Army Corps of Engineers, Civ. No. 05-11918. The
record is contained on a two CD-ROM set labeled Volumes I and II. We were instructed
by Judge Young's chambers to provide this voluminous record on CD-ROM to him
through the Clerk's office. I have filed an electronic notice of filing on this date. If you
have any questions please contact me at (978)318-8014.

Sincerely,

John P. Almeida
Special Attorney
U.S. Department of Justice,
Environment and Natural
Resources Division

cc Douglas Wilkins, Plaintiffs' counsel