UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stanley Donald, Plaintiff,

Vs.

Jeffrey M. Hall, Defendant.

C.A.No.2005-11417-WGY

FILED
IN CLERKS OFFICE

2006 JUN 16  P 2:26

U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLNF'S. MOTION FOR EXTENSION OF TIME TO PAY FILING FEE

The plaintiff, Stanley Donald, pro-se, who is indigent and incarcerated, requests this Court to issue an order Granting him an extension of time until September 25, 2006, to pay and collect the filing fee in accordance with 28 U.S.C.Sec.1915(b)(2) from his inmate account, as reasons.

1.] On September 8, 2005, this Court ordered the treasurer of Souza-Baranowski Crr.Ctr. to collect filing fee. See(Exhibit"A")

2.] The treasurer has proceeeded to collect the filing fee and has forwarded parts of the filing fee to this Court Clerk's Office. See(Exhibits"B"-to-"C")

3.] However, the collection of the filing fee has placed a financial burden on this indigent plaintiff who has cases pending in other Courts which require the purchase of postage stamps for mailing legal documents, Summons, in preparation for trial.(Exhibits"D"-to-"E")

4.] This plaintiff is serving a 40-year prison sentence and the extension of time requested to pay the filing fee will not place a burden on this Court's proceedings to collect the filing fee.

5.] THEREFORE, this Court should issue an ORDER to the treasurer of S.B.C.C. Granting the incarcerated plaintiff an extension of time to pay and collect the filing fee until September 25, 2006. Thereafter, the filing fee shall be collected in accordance to 28 U.S.C.Sec.1915(b)(2).

Dated: JUNE 14/2006

Respectfully Submitted
By Plaintiff Himself,

*Stanley L. Donald, pro-se*
Stanley L. Donald, pro-se
P.O.BOX 8000
Shirley, Mass 01464

[PROOF OF SERVICE]
I, Stanley Donald, pro-se, hereby certify that a copy of same was served upon the Treasurer of S.B.C.C., by depositing into the institutional mailbox in accordance to the in House-Mail process.

In light of the above, Plaintiff's obligation to pay the filing fee attached at the time of his filing the Complaint in this Court, and he will not be permitted to avoid the payment of the full filing fee pursuant to the directives of the PLRA.

Accordingly, notwithstanding the dismissal of this action, it is hereby ORDERED:

1. Plaintiff is assessed an initial partial filing fee of **$36.66**, pursuant to 28 U.S.C. § 1915(b)(1).

2. The remainder of the fee **$213.34** is to be assessed and collected in accordance with 28 U.S.C. § 1915(b)(2).

Dated: September 8, 2005

/s/ William G. Young
WILLIAM G. YOUNG
CHIEF, UNITED STATES DISTRICT JUDGE

Page 3

Ex. "A"

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060605 13:33

Page: 2

| Commit# : | W66438 | SOUZA-BARANOWSKI CORRECTIONAL | |
|---|---|---|---|
| Name : | DONALD, STANLEY, , | Statement From | 20051101 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20060605 |
| Block : | K2 | | |
| Cell/Bed : | 37 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060502 09:34 | ML - Mail | 6567774 | | SBCC | ~BESSIE | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060504 13:48 | EX - External Disbursement | 6590380 | 31795 | SBCC | ~FILING FEE APRIL 06~U.S. DISTRICT COURT 05-11417-WGY | $0.00 | $7.00 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6592660 | | SBCC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20060505 22:30 | CN - Canteen | 6614839 | | SBCC | ~Canteen Date : 20060505 | $0.00 | $12.84 | $0.00 | $0.00 |
| 20060605 11:45 | ML - Mail | 6757727 | | SBCC | ~BESSIE DONALD | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060605 11:45 | MA - Maintenance and Administration | 6757729 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| | | | | | | $140.16 | $131.18 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $19.03 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $19.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



Ex. "B"

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20060605 13:33

| | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|
| Commit#: | W66438 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
| Name: | DONALD, STANLEY, , | | | Statement From | 20051101 | | |
| Inst: | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20060605 | | |
| Block: | K2 | | | | | | |
| Cell/Bed: | 37 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $2,488.78 | $2,478.73 | $0.00 | $0.00 |
| 20051108 17:28 | IS - Interest | 5569396 | | SBCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20051116 09:47 | ML - Mail | 5623686 | | SBCC | ~108 SEAVER ST | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051116 09:47 | MA - Maintenance and Administration | 5623688 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051118 22:30 | CN - Canteen | 5646155 | | SBCC | ~Canteen Date : 20051118 | $0.00 | $5.43 | $0.00 | $0.00 |
| 20051123 22:30 | CN - Canteen | 5662870 | | SBCC | ~Canteen Date : 20051123 | $0.00 | $2.01 | $0.00 | $0.00 |
| 20051125 12:24 | EX - External Disbursement | 5675114 | 29061 | SBCC | ~FILING FEE INITIAL BAL.~U.S. DISTRICT COURT 05-10403-DPW | $0.00 | $11.41 | $0.00 | $0.00 |
| 20051214 16:56 | IS - Interest | 5771543 | | SBCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20060103 10:47 | ML - Mail | 5886715 | | SBCC | ~L DONALD | $30.00 | $0.00 | $0.00 | $0.00 |
| 20060103 10:47 | MA - Maintenance and Administration | 5886717 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060106 22:30 | CN - Canteen | 5920002 | | SBCC | ~Canteen Date : 20060106 | $0.00 | $16.93 | $0.00 | $0.00 |
| 20060109 13:20 | EX - External Disbursement | 5924407 | 29830 | SBCC | ~INSTALLMENT ON FILING FEE~CLERK OF MIDDLESEX COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5985253 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060120 22:30 | CN - Canteen | 6005552 | | SBCC | ~Canteen Date : 20060120 | $0.00 | $5.81 | $0.00 | $0.00 |
| 20060124 09:12 | VC - Voided Check | 6012512 | 29830 | SBCC | ~INSTALLMENT ON FILING FEE~CLERK OF MIDDLESEX COURT | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060127 11:10 | IC - Transfer from Inmate to Club A/c | 6036502 | | SBCC | ~Christmas photo~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20060127 22:30 | CN - Canteen | 6038026 | | SBCC | ~Canteen Date : 20060127 | $0.00 | $4.90 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6146663 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20060228 09:38 | ML - Mail | 6206575 | | SBCC | ~BESSIE DONALD | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060228 09:38 | MA - Maintenance and Administration | 6206577 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060301 16:54 | IS - Interest | 6217779 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060303 22:30 | CN - Canteen | 6252693 | | SBCC | ~Canteen Date : 20060303 | $0.00 | $18.82 | $0.00 | $0.00 |
| 20060403 15:42 | CI - Transfer from Club to Inmate A/c | 6400870 | | SBCC | ~recreation award~W66438 DONALD,STANLEY PERSONAL~INMATE BENEFIT - Z1 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6431938 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060418 12:25 | ML - Mail | 6497212 | | SBCC | ~JEANETTA D | $30.00 | $0.00 | $0.00 | $0.00 |
| 20060418 12:25 | MA - Maintenance and Administration | 6497214 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060421 22:30 | CN - Canteen | 6524061 | | SBCC | ~Canteen Date : 20060421 | $0.00 | $23.53 | $0.00 | $0.00 |
| 20060501 13:58 | EX - External Disbursement | 6562561 | 31711 | SBCC | ~FILING FEE JAN $6 FILING FEE FEB $4~U.S. DISTRICT COURT 05-11417-WGY | $0.00 | $10.00 | $0.00 | $0.00 |
| 20060501 13:58 | MA - Maintenance and Administration | 6562563 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |



Ex. "C"

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPERIOR COURT
Civil Action
#03-03763-D

105

Stanley Donald, Plaintiff, *
*
*
Vs. *
*
*
*
Luis Melendez, et al., *
Defendants. *
*

3/16/06
Allowed
Justice

2005 SEP 12 PM 2:49
SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE

PLNF'S. MOTION FOR WRIT OF HABEAS CORPUS FOR TRIAL

The plaintiff, Stanley Donald, pro-se requests this Court to issue a Habeas Corpus to bring him before this Court for trial.

The plaintiff says he is now ready for trial, and attaches his witness list hereto.

Dated: Sept., 9th/2005

Respectfully Submitted
By Plaintiff Himself,

Stanley L. Donald, pro-se
Stanley L. Donald, pro-se
S.B.C.C.
P.O. BOX 8000
Shirley, Mass 01464

(CERTIFICATE OF SERVICE )

I, Stanley L. Donald, pro-se plaintiff hereby certify that a copy of same with Witness List was served upon defendants Attorney Stephen Dietrick, DOC Legal Div., 70 Franklin St., Suite#600, Boston, Ma 02110-1300, by first class mail, postage prepaid.

NOTICE SENT:   03/21/2006      (ah)
S.D.           N.A.W.-S.G.D.
(Pro Se)       M.C.D.
               C.M.U.-L.R.W.-J.A.B.
               M.M., LLP

Ex. "D"



U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

January 6, 2005

Stanley L. Donald
SBCC #W66438
PO Box 8000
Shirley, MA 01464

Dear Mr. Donald:

This office is in receipt of your December 29, 2004, letter regarding an alleged assault at the Souza-Baranowski Correctional Center. I have forwarded that correspondence to the appropriate office at the FBI in Boston, and that agency will respond to you directly. Please forward future inquiries directly to that office.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*

JOHN T. McNEIL
Assistant U.S. Attorney
as Duty Attorney

