# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

Stanley Donald, Plaintiff

Vs.

Jeffrey M. Hall, Defendant.

C.A. No. 2005-11417-WGY

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS

## PLNF's. Notice of Appeal

The plaintiff, Stanley Donald, hereby gives his Notice of Appeal to the denial of his Motion for Extension of time to pay Filing Fee Denied by Judge William G. Young of the U.S. District Court on June 20, 2006. SEE (Paper Entry #21)

Respectfully Submitted
By Plaintiff Himself,

Dated: June 22/2006

Stanley L. Donald, pro-se
S.B.C.C. #W66438
P.O. Box 8000
Shirley, Mass 01464