# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11417

Stanley Donald

v.

Jeffrey M. Hall

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-21

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/23/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 27, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/29/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11417-WGY

Donald v. Hall  
Assigned to: Judge William G. Young  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/30/2005  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Stanley Donald**  represented by  **Stanley Donald**  
Souza Baranowski Correctional Center  
P.O. Box 8000  
Shirley, MA 01464  
PRO SE

V.

**Defendant**

**Jeffrey M. Hall**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Stanley Donald.(Jenness, Susan) (Entered: 07/06/2005) |
| 06/30/2005 | 2 | COMPLAINT against Jeffrey M. Hall Filing fee: $ 0.00, receipt number 0.00, filed by Stanley Donald. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 07/06/2005) |
| 06/30/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Jenness, Susan) (Entered: 07/06/2005) |
| 07/18/2005 | 4 | Letter from Stanley Donald. (Jones, Sherry) (Entered: 07/22/2005) |

| 07/21/2005 | 3 | Judge William G. Young :MEMORANDUM AND ORDER entered: Summary: The application to proceed in forma pauperis is deficient and denied without prejudice. Plaintiff shall, within forty-two (42) days of the date of this Memorandum and Order, either pay the $250.00 filing fee for civil actions, or file a completed Application to Proceed Without Prepayment of Fees, accompanied by a certified prison account statement; and Plaintiff is directed to show cause within forty-two (42) days why this action should not be dismissed for the reasons stated herein. (Greenberg, Rebecca) (Entered: 07/21/2005) |
|---|---|---|
| 07/22/2005 |  | DOCKET SHEET sent to Stanley Donald. (Jones, Sherry) (Entered: 07/22/2005) |
| 08/01/2005 | 5 | MOTION for Extension of Time to 10/15/05 to Comply to Court's Memorandum and Order by Stanley Donald. (Attachments: # 1 Exhibits A-F)(Bell, Marie) (Entered: 08/03/2005) |
| 08/01/2005 | 6 | MOTION for Leave to Amend Complaint by Stanley Donald. Affidavit in Support Attached.(Bell, Marie) (Entered: 08/03/2005) |
| 08/17/2005 | 7 | MOTION for Leave to Proceed in forma pauperis by Stanley Donald.(Bell, Marie) (Entered: 08/18/2005) |
| 08/17/2005 | 8 | RESPONSE TO ORDER TO SHOW CAUSE by Stanley Donald. (Bell, Marie) (Entered: 08/18/2005) |
| 08/17/2005 | 9 | AFFIDAVIT in Support of 8 Response to Order to Show Cause. (Bell, Marie) (Entered: 08/18/2005) |
| 08/23/2005 |  | Judge William G. Young : Electronic ORDER entered granting 7 Motion for Leave to Proceed in forma pauperis. cc/cl. (Bell, Marie) (Entered: 08/23/2005) |
| 08/23/2005 |  | Judge William G. Young : Electronic ORDER entered NEITHER THE RESPONSE TO THE ORDER TO SHOW CAUSE NOR THE AMENDED COMPLAINT STATE A FEDERAL CAUSE OF ACTION AGAINST STATE ACTORS WITHIN THE APPLICABLE STATUTE OF LIMITATION. ACCORDINGLY, THIS CASE IS DISMISSED AND THE 6 Motion for Leave to Amend Complaint IS DENIED AS MOOT. cc/cl. (Bell, Marie) (Entered: 08/23/2005) |

| | | |
|---|---|---|
| 08/23/2005 | | Civil Case Terminated. (Bell, Marie) (Entered: 08/23/2005) |
| 08/23/2005 | 14 | FINANCIAL AFFIDAVIT by Stanley Donald. (Bell, Marie) (Entered: 09/14/2005) |
| 08/25/2005 | 10 | Letter from Stanley L. Donald requesting Copy of Docket. (Attachments: # 1 Exhibits)(Bell, Marie) (Entered: 08/26/2005) |
| 08/26/2005 | | DOCKET SHEET sent to Stanley L. Donald. (Bell, Marie) (Entered: 08/26/2005) |
| 09/08/2005 | 11 | Judge William G. Young : FURTHER ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES entered: Notwithstanding the dismissal of this action, the Plaintiff shall be assessed an initial partial filing fee pursuant to 28 U.S.C. 1915(b) for the reasons set forth in the Memorandum and Order. Plaintiff is assessed an initial partial filing fee of $36.66, pursuant to 28 U.S.C.1915(b)(1).The remainder of the fee $213.34 is to be assessed and collected in accordance with 28 U.S.C. 1915(b)(2).(PSSA1) (Entered: 09/08/2005) |
| 09/08/2005 | 12 | NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at Souza Baranowski Correctional Center (PSSA1) (Entered: 09/08/2005) |
| 09/08/2005 | 13 | Judge William G. Young : ORDER FOR DISMISSAL entered: In accordance with the electronic Order dismissing this action for failure to state a federal cause of action against state actors within the applicable statute of limitation, it is hereby ORDERED that this action is dismissed in its entirety. (PSSA1) (Entered: 09/08/2005) |
| 09/15/2005 | 15 | MOTION to Vacate 11 Order and Waive Payment of Fee, by Stanley Donald. (Attachments: # 1 Affidavit)(Bell, Marie) (Entered: 09/16/2005) |
| 09/16/2005 | 16 | MEMORANDUM in Support re 15 MOTION to Vacate 11 Order, and to Waive Payment of Filing Fee, filed by Stanley Donald. (Attachments: # 1 EXHIBITS 1-4)(Bell, Marie) (Entered: 09/19/2005) |
| 09/19/2005 | 17 | MOTION for Reconsideration of 11 Order re: Payment of Filing Fee by Stanley Donald. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Bell, Marie) (Entered: 09/21/2005) |

| | | |
|---|---|---|
| 09/22/2005 | | Judge William G. Young : ElectronicORDER entered denying 17 Motion for Reconsideration of Order re: Payment of Filing Fee. cc/cl. (Bell, Marie) (Entered: 09/22/2005) |
| 09/22/2005 | | Judge William G. Young : ElectronicORDER entered denying 15 Motion to Vacate 11 Order and Waive Payment of Fee. TREATED AS A MOTION FOR RECONSIDERATION, MOTION DENIED. cc/cl. (Bell, Marie) (Entered: 09/23/2005) |
| 09/26/2005 | 18 | Letter(non-motion) from Stanley L. Donald. (Attachments: # 1 EXHIBITS A-C)(Bell, Marie) (Entered: 09/27/2005) |
| 09/27/2005 | 19 | MOTION for Extension of Time to 11/10/05 to Collect Payment of Filing Fee by Stanley Donald. (Attachments: # 1 EXHIBIT)(Bell, Marie) (Entered: 09/28/2005) |
| 09/30/2005 | | Judge William G. Young : ElectronicORDER entered granting 19 Motion for Extension of Time to 11/20/05 To Collect Payment of Filing Fee. cc/cl. (Bell, Marie) (Entered: 10/03/2005) |
| 10/13/2005 | 20 | Letter from Stanley L. Donald to Rebecca Greenberg. (Bell, Marie) (Entered: 10/14/2005) |
| 10/17/2005 | | Remark: Docket sheet and notice of electronic order re: motion for extension of time to collect filing fee, sent to Stanley Donald in response to #20. (PSSA1) (Entered: 10/17/2005) |
| 06/16/2006 | 21 | MOTION for Extension of Time To Pay Filing Fee, by Stanley Donald. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Paine, Matthew) (Entered: 06/19/2006) |
| 06/20/2006 | | Judge William G. Young : Electronic ORDER entered DENYING 21 Motion for Extension of Time To Pay Filing Fee as to Stanley Donald. (Paine, Matthew) (Entered: 06/20/2006) |
| 06/23/2006 | 22 | NOTICE OF APPEAL as to Order on Motion for Extension of Time by Stanley Donald. $ 455.00 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/13/2006. (Paine, Matthew) (Entered: 06/26/2006) |