Dated: June 29/2006

Stanley L. Donald
S.B.C.C. #W66938
P.O. Box 8000
Shirley, Mass 01464

Office of The Clerk
U.S. District Court
1 Courthouse Way, Suite #2300
Boston, Mass 02210

FILED IN CLERKS OFFICE
2006 JUL 25 P 2:03
U.S. DISTRICT COURT
DISTRICT OF MASS

RE: Donald V. Hall,
2005-CV-11417-WGY

[PLNF's. Notice To Strike Notice of Appeal]

Dear Clerk:

The plaintiff, Stanley Donald, hereby gives his Notice to strike the Notice of Appeal in the Above Case, and says he is indigent and unable to proceed with the Appeal. See (Paper Number 22)

Therefore, the case is deemed close in the U.S. District Court.

Thank you for your cooperation.

Sincerely, Stanley L. Donald, pro-se
Stanley L. Donald, pro-se

TO: Case Close, File.