# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1991

STANLEY DONALD,

Plaintiff, Appellant,

v.

JEFFREY M. HALL,

Defendant, Appellee.

**JUDGMENT**

Entered: August 2, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/2/06

By the Court:

Richard Cushing Donovan, Clerk

By **AMY B. LEDERER**
Appeals Attorney

[cc: Jeffrey M. Hall, Stanley Donald]