Dated: 12/11/06

Stanley L. Donald
S.B.C.C. #W66438
P.O. Box 8000
Shirley, Mass 01464

FILED
IN CLERKS OFFICE
2006 DEC 13 A 11:18
U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk Office of
U.S. District Court
1 Courthouse Way, Suite #2300
Boston, Mass 02210

RE: Civil Action #05-11417-WGY;
    Collection of Filing Fee

Dear Clerk:
   Please provide me with a statement confirming the total amount of filing fee that has been paid, and owed in the above referenced case.

   I believe the Treasurer of the D.O.C is mishandling the collection of the fee from my inmate account.

   Thank you for your cooperation.

   Sincerely, Stanley L. Donald, pro-se
              Stanley L. Donald, pro-se

To: Filing Fee Collection, File.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20061205 13:17

| Commit# : | W66438 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | Page: 1 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | DONALD, STANLEY, , | | | | Statement From : 20061105 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To   20061205 | | |
| Block : | P1 | | | | | | |
| Cell/Bed : | 07 /A | | | | | | |

FILED CLERKS OFFICE
2006 DEC 13 A 11:48
U.S. DISTRICT COURT
DISTRICT OF MASS

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Total Transaction before this Period : | | $2,729.02 | $2,689.56 | $0.00 | $0.00 |
| 20061108 08:35 | IC - Transfer from Inmate to Club A/c | 7634942 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7652584 | | SBCC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20061110 08:22 | IC - Transfer from Inmate to Club A/c | 7670724 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20061110 08:23 | IC - Transfer from Inmate to Club A/c | 7670725 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20061110 11:57 | EX - External Disbursement | 7671911 | 34386 | SBCC | ~FILING FEE OCT 06~U.S. DISTRICT COURT 05-11417-WGY | $0.00 | $4.01 | $0.00 | $0.00 |
| 20061114 08:03 | IC - Transfer from Inmate to Club A/c | 7681414 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20061117 08:26 | IC - Transfer from Inmate to Club A/c | 7707694 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.07 | $0.00 | $0.00 |
| 20061117 08:26 | IC - Transfer from Inmate to Club A/c | 7707695 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.07 | $0.00 | $0.00 |
| 20061201 08:12 | IC - Transfer from Inmate to Club A/c | 7773226 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.59 | $0.00 | $0.00 |
| 20061201 08:13 | IC - Transfer from Inmate to Club A/c | 7773227 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.59 | $0.00 | $0.00 |
| 20061201 08:14 | IC - Transfer from Inmate to Club A/c | 7773229 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20061201 08:14 | IC - Transfer from Inmate to Club A/c | 7773230 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| | | | | | | $0.10 | $17.03 | $0.00 | $0.00 |

Balance as of ending date :   Personal $22.53   Savings $0.00

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $22.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |