Dated: March 12, 2008

Stanley L. Donald
S.B.C.C. #W66438
P.O. Box 8000
Shirley, Mass 01464

Rebecca Greenberg, Deputy Clerk
Office of The Clerk
U.S. District Court
1 Courthouse Way, Suite #2300
Boston, Mass 02210

RE: Donald V. Hall,
C.A. 05-11417-WGY; Case Closed/
Paid Filing Fee.

(Inquiry of Paid Filing Fee Payments)

Dear Deputy Clerk:

On September 8, 2005, I was ordered to pay $250.00 Filing Fee in accordance with 28 U.S.C. § 1915(b)(2), which I have complied. See (Exhibit "A")

However, My Financial Records reflect that the prison treasurer has withdrawn funds to pay Filing Fee towards the wrong Docket Number # 05-10403-DPW. See (Exhibit "C")

Therefore, please can you provide me with any balance due to the Filing Fee because as of now I believe the Filing Fee has been fully paid by me through my inmate funds in accordance to 28 U.S.C. § 1915(b)(2). See (Exhibit "D").

Thank you very much.

Sincerely, _Stanley L. Donald, pro-se_
Stanley L. Donald, pro-se

In light of the above, Plaintiff's obligation to pay the filing fee attached at the time of his filing the Complaint in this Court, and he will not be permitted to avoid the payment of the full filing fee pursuant to the directives of the PLRA.

Accordingly, notwithstanding the dismissal of this action, it is hereby ORDERED:

1. Plaintiff is assessed an initial partial filing fee of **$36.66**, pursuant to 28 U.S.C. § 1915(b)(1).

2. The remainder of the fee **$213.34** is to be assessed and collected in accordance with 28 U.S.C. § 1915(b)(2).

Dated: September 8, 2005

/s/ William G. Young
WILLIAM G. YOUNG
CHIEF, UNITED STATES DISTRICT JUDGE

Ex. "A"

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :  20060605 13:33

| | | | | Page | 2 |

| Commit# : | W66438 | SOUZA-BARANOWSKI CORRECTIONAL |
|---|---|---|
| Name : | DONALD, STANLEY, , | Statement From  20051101 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To  20060605 |
| Block : | K2 | |
| Cell/Bed : | 37 /A | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060502 09 34 | ML - Mail | 6567774 | | SBCC | ~BESSIE | $20.00 | $0.00 | $0 00 | $0.00 |
| 20060504 13 48 | EX - External Disbursement | 6590380 | 31795 | SBCC | ~FILING FEE APRIL 06~U.S. DISTRICT COURT 05-11417-WGY | $0.00 | $7.00 | $0 00 | $0.00 |
| 20060504 16 50 | IS - Interest | 6592660 | | SBCC | | $0.05 | $0 00 | $0 00 | $0.00 |
| 20060505 22 30 | CN - Canteen | 6614839 | | SBCC | ~Canteen Date . 20060505 | $0.00 | $12.84 | $0 00 | $0.00 |
| 20060605 11 45 | ML - Mail | 6757727 | | SBCC | ~BESSIE DONALD | $20.00 | $0 00 | $0 00 | $0.00 |
| 20060605 11 45 | MA - Maintenance and Administration | 6757729 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| | | | | | | $140 16 | $131.18 | $0.00 | $0 00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $19.03 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $19 03 | $0 00 | $0 00 | $0 00 | $0 00 | $0.00 |



Ex. "B"

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060605 13:33

| Commit# : | W66438 | SOUZA-BARANOWSKI CORRECTIONAL | Page: 1 |
|---|---|---|---|
| Name : | DONALD, STANLEY,, | Statement From 20051101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To 20060605 | |
| Block : | K2 | | |
| Cell/Bed : | 37 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,488.78 | $2,478.73 | $0.00 | $0.00 |
| 20051108 17:28 | IS - Interest | 5569396 | | SBCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20051116 09:47 | ML - Mail | 5623686 | | SBCC | ~108 SEAVER ST | $10.00 | $0.00 | $0.00 | $0.00 |
| 20051116 09:47 | MA - Maintenance and Administration | 5623688 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051118 22:30 | CN - Canteen | 5646155 | | SBCC | ~Canteen Date 20051118 | $0.00 | $5.43 | $0.00 | $0.00 |
| 20051123 22:30 | CN - Canteen | 5662870 | | SBCC | ~Canteen Date 20051123 | $0.00 | $2.01 | $0.00 | $0.00 |
| 20051125 12:24 | EX - External Disbursement | 5675114 | 29061 | SBCC | ~FILING FEE INITIAL BAL~U.S DISTRICT COURT 05-10403-DPW | $0.00 | $11.41 | $0.00 | $0.00 |
| 20051214 16:56 | IS - Interest | 5771543 | | SBCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20060103 10:47 | ML - Mail | 5886715 | | SBCC | ~L DONALD | $30.00 | $0.00 | $0.00 | $0.00 |
| 20060103 10:47 | MA - Maintenance and Administration | 5886717 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060106 22:30 | CN - Canteen | 5920002 | | SBCC | ~Canteen Date 20060106 | $0.00 | $16.93 | $0.00 | $0.00 |
| 20060109 13:20 | EX - External Disbursement | 5924407 | 29830 | SBCC | ~INSTALLMENT ON FILING FEE~CLERK OF MIDDLESEX COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5985253 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060120 22:30 | CN - Canteen | 6005552 | | SBCC | ~Canteen Date 20060120 | $0.00 | $5.81 | $0.00 | $0.00 |
| 20060124 09:12 | VC - Voided Check | 6012512 | 29830 | SBCC | ~INSTALLMENT ON FILING FEE~CLERK OF MIDDLESEX COURT | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060127 11:10 | IC - Transfer from Inmate to Club A/c | 6036502 | | SBCC | ~Christmas photo~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20060127 22:30 | CN - Canteen | 6038026 | | SBCC | ~Canteen Date 20060127 | $0.00 | $4.90 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6146663 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20060228 09:38 | ML - Mail | 6206575 | | SBCC | ~BESSIE DONALD | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060228 09:38 | MA - Maintenance and Administration | 6206577 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060301 16:54 | IS - Interest | 6217779 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060303 22:30 | CN - Canteen | 6252693 | | SBCC | ~Canteen Date 20060303 | $0.00 | $18.82 | $0.00 | $0.00 |
| 20060403 15:42 | CI - Transfer from Club to Inmate A/c | 6400870 | | SBCC | ~recreation award~W66438 DONALD,STANLEY PERSONAL~INMATE BENEFIT - Z1 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6431938 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060418 12:25 | ML - Mail | 6497212 | | SBCC | ~JEANETTA D | $30.00 | $0.00 | $0.00 | $0.00 |
| 20060418 12:25 | MA - Maintenance and Administration | 6497214 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060421 22:30 | CN - Canteen | 6524061 | | SBCC | ~Canteen Date 20060421 | $0.00 | $23.55 | $0.00 | $0.00 |
| 20060501 13:58 | EX - External Disbursement | 6562561 | 31711 | SBCC | ~FILING FEE JAN $6 FILING FEE FEB $4~U S DISTRICT COURT 05-11417-WGY | $0.00 | $10.00 | $0.00 | $0.00 |
| 20060501 13:58 | MA - Maintenance and Administration | 6562563 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |



Ex. "C"

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20080307 09:43

Page    4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Commit# : | W66438 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
| Name : | DONALD, STANLEY, , | | | Statement From | 20080304 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20080307 | | |
| Block : | P1 | | | | | | |
| Cell/Bed : | 53 /A | | | | | | |

(53)

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,392.76 | $3,253.49 | $0.00 | $0.00 |
| 20080306 13 42 | EX - External Disbursement | 10502187 | 40694 | SBCC | ~FILING FEE FOR FEB/08~U S DISTRICT COURT 05-11417-WGY | $0 00 | $40 02 | $0.00 | $0 00 |
| 20080306 13 42 | MA - Maintenance and Administration | 10502189 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1 00 | $0 00 | $0.00 |
| 20080306 13 45 | EX - External Disbursement | 10502193 | 40695 | SBCC | ~FILING FEE FREEZE LET OVER FROM JULY~U S DISTRICT COURT 05-11417-WGY | $0.00 | $32.07 | $0.00 | $0.00 |
| | | | | | | $0 00 | $73 09 | $0 00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $66.18 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $66 18 | $0 00 | $0.00 | $0 00 | $0 00 | $0 00 |



Ex."D"